UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RHEA DAVIS** | **CIVIL ACTION** |
| **VERSUS** | |
| **BATON ROUGE CITY CONSTABLE'S OFFICE** | **NO. 16-297-BAJ-RLB** |

**ORDER**

The scheduling conference presently set for **June 30, 2016** is **CANCELLED.**

The parties have indicated in their status report filed on June 16, 2016, their agreement to have a Magistrate Judge handle all the remaining pretrial aspects of this case and preside over a trial, with appeal lying to the United States Court of Appeals for the Fifth Circuit.  Within **45 days**, the parties shall sign and electronically file the attached consent form advising the Court that they agree to have a Magistrate Judge handle the remaining aspects of this case.  The consent form shall be filed electronically **provided the consent of all parties has been obtained** and is so indicated by utilizing the procedures set forth in the court's Administrative Procedures.[1]  Electronically filed partial consents will be stricken from the record and partial consents received conventionally will not be filed in the record.

---

[1]The Administrative Procedures for Filing Electronic Documents in the United States District Court for the Middle District of Louisiana can be located at the court's website (http://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures." See Section I. F. 3. for Multiple Signatures.

JURY

**The deadlines established below are based on the parties' submissions as modified by the court and are final deadlines.** In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline to join other parties or to amend the pleadings is **August 19, 2016.**

2. Discovery must be completed as follows:

    a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): **July 28, 2016.**

    b. <u>**Filing**</u> all discovery motions and <u>**completing**</u> all discovery except experts: **November 17, 2016.**

    **NOTE:** Any motions filed regarding discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice.

    c. Disclosure of identities and resumés of experts:

    **Plaintiff(s):**     **November 28, 2016.**

    **Defendant(s):**     **December 28, 2016.**

    d. Expert reports must be submitted to opposing parties as follows:

    **Plaintiff(s):**     **December 15, 2016.**

    **Defendant(s):**     **December 30, 2016.**

    e. Discovery from experts must be completed by **January 20, 2017.**

3. Deadline to file dispositive motions and Daubert motions: **February 21, 2017.**

4. Deadline to file pre-trial order: **June 13, 2017.**[2]

---

[2] Motions to extend or otherwise modify this date and the dates/deadlines that follow shall be directed to the district judge.

5. Deadline to file motions in limine: **July 11, 2017.**

6. Deadline to file an affidavit of settlement efforts: **August 1, 2017.**

7. Pre-trial conference date: **June 29, 2017 at 1:30 p.m.** in the chambers of the Honorable Brian A. Jackson.

8. Deadline to submit joint jury instructions, voir dire, verdict forms, and trial briefs to the presiding judge: **August 14, 2017.**

   **The information regarding the Honorable Brian A. Jackson's pretrial order may be found on the court's website at** (http://www.lamd.uscourts.gov) **under "Judges' Info."**

9. A **3-day jury trial** is scheduled for **8:30 a.m. beginning on August 28, 2017 in Courtroom 2.**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P. Extensions of deadlines governing discovery must be supported with information describing the discovery already completed, what necessary discovery remains, the parties' efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery. Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures. The Administrative Procedures are available for viewing and download on the court's website (http://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

The parties may contact the court at (225) 389-3602 should they wish to schedule a settlement conference.

Signed in Baton Rouge, Louisiana, on June 27, 2016.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE OF RIGHT TO CONSENT TO DISPOSITION OF
## CIVIL CASE BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c), you are hereby notified that all of the parties in this civil case may consent to allow a United States Magistrate Judge of this district court to conduct any and all proceedings, including trial of the case and entry of a final judgment.

A copy of a consent form is enclosed and is also available from the clerk of court.  In the event all parties consent to proceed before the Magistrate Judge, the signed consent form must be filed with the court electronically, but ONLY AFTER **ALL** PARTIES HAVE SIGNED THE FORM.

You should be aware that your decision to consent, or not to consent, to the disposition of your case before a United States Magistrate Judge is entirely voluntary. Either the district judge or the magistrate judge may again advise the parties of the availability of the magistrate judge, but in doing so, shall also advise the parties that they are free to withhold consent without adverse consequences.

Please note that the parties may appeal the magistrate judge's decision directly to the court of appeals in the same manner as an appeal from any other judgment of the district court.

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**RHEA DAVIS**  **CIVIL ACTION**

**VERSUS**  **NO. 16-297-BAJ-RLB**

**BATON ROUGE CITY CONSTABLE'S OFFICE**

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c), the parties to the above captioned civil proceeding hereby waive their right to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including but not limited to the trial of the case, and order the entry of judgment in the case.

The parties are aware that in accordance with 28 U.S.C. 636(c)(3), any aggrieved party may appeal from the judgment directly to the United States Court of Appeals for the Fifth Circuit in the same manner as an appeal from any other judgment of the district court.

| Date | Party Represented | Pro Se or Atty. Name | Pro Se or Atty. Signature |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |