UNITED STATES DISTRICT COURT
MIDDLE DISTRICT LOUISIANA

**RHEA DAVIS**                                   **CIVIL ACTION**

**VERSUS**                                       **NO. 16-297-BAJ-RLB**

**BATON ROUGE CITY
CONSTABLE'S OFFICE**

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Baton Rouge City Constable's Office, in the above-captioned matter, who respectfully moves this Court pursuant to Federal Rules of Civil Procedure 56 for summary judgment against the Plaintiff, Rhea Davis.[1]

For the above stated reasons, Defendant is entitled to summary judgment on all of Plaintiff's claims. Plaintiff has failed to exhaust administrative remedies regarding the claims surrounding the Schedule Change and the Alleged Demotion. Moreover, Plaintiff is entitled to summary judgment on three claims because she cannot establish she suffered an adverse employment action on claims related to the Schedule Change, Alleged Demotion, and Placement on Administrative Leave With Pay. Finally, Defendant proffers a legitimate, non-discriminatory reason for all five allegations of discrimination in the Petition for Damages. Based on the evidence submitted, Plaintiff cannot put forth a genuine issue of material fact regarding any of her Title VII claims, and the Court should grant Defendant's Motion for Summary Judgment in full, dismissing Plaintiff's claims with prejudice and at Plaintiff's cost.

---

[1] Exhibit E, Affidavit of Anthony Haynes, is filed unsigned as an attachment to this Motion. Anthony Haynes was unexpectedly unavailable at the time he was scheduled to execute the Affidavit. All information in the Affidavit was provided by Anthony Haynes directly, and undersigned counsel will file a Motion for Leave to Supplement and Replace Exhibit E attached herein with the signed version when Mr. Haynes becomes available.

Defendant submits a Statement of Material Facts, a Memorandum and Exhibits in support of its Motion herein.

**WHEREFORE**, Defendant, Baton Rouge City Constable's Office, prays this Motion for Summary Judgment be granted in favor of Defendants and against Plaintiff Rhea Davis dismissing Plaintiff's claims with prejudice, with each party to bear its own costs.

**BY ATTORNEYS:**

**LEA ANNE BATSON**
**Parish Attorney**

**/s/ Marston Fowler**
**Marston Fowler T.A. (29719)**
**Office of the Parish Attorney**
**P.O. Box 1471**
**Baton Rouge, LA   70821**
**(225) 389-3114 - Telephone**
**(225) 389-5554 - Facsimile**
**Mfowler@brgov.com**

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2017, a copy of the above and foregoing pleading, the Motion for Summary Judgment, was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for the Plaintiff, Karl Bernard, by operation of the court's electronic filing system.

**/s/ Marston Fowler**