EEOC FORM 131 (11/09)

## U.S. Equal Employment Opportunity Commission

|  |  |
|---|---|
| Micheline Millender, Employee Relation Manager<br>**BATON ROUGE CITY CONSTABLE**<br>233 St. Louis Street<br>Baton Rouge, LA 70802 | PERSON FILING CHARGE<br><br>**Rhea F. Davis**<br>THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br>EEOC CHARGE NO.<br>**27A-2014-00013** |

### NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act (Title VII)    [ ] The Equal Pay Act (EPA)    [ ] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)    [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [X] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by to

If you **DO NOT** wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

| Christa S. Davis,<br>Intake Specialist<br>*EEOC Representative*<br>Telephone **(225) 342-6969** | **Louisiana Commission On Human Rights**<br>P.O. Box 94094<br>Baton Rouge, LA 70804<br><br>Fax: (225) 342-2063 |
|---|---|

Enclosure(s): [ ] Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**

[ ] Race   [ ] Color   [X] Sex   [ ] Religion   [ ] National Origin   [ ] Age   [ ] Disability   [ ] Retaliation   [ ] Genetic Information   [ ] Other

**ISSUES:** Promotion

**DATE(S) (on or about):** EARLIEST: 02-03-2014    LATEST: 03-24-2014

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| April 16, 2014 | Loyce Pierce Wright,<br>Executive Director | *[signed] Loyce Pierce Wright* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA [X] EEOC | 140415002 27A-2014-00013 |

**Louisiana Commission On Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mrs. Rhea F. Davis | | 12-28-1982 |

Street Address: 6630 Poinsettia Dr, Baton Rouge, LA 70812

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| BATON ROUGE CITY CONSTABLE | 15 - 100 | (225) 389-3004 |

Street Address: 233 St. Louis Street, Baton Rouge, LA 70802

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-03-2014   Latest: 03-24-2014
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with the Respondent on January 19, 2010 as a Deputy and was promoted to Corporal and Jail Supervisor. The Respondent employs over 20 employees. I was denied a promotion on February 3, 2014.

At the beginning of January 2014, I took the civil servant sergeant test and was selected to interview for the Jail Sergeant position on January 31, 2014. I was notified by co-worker Carol Edwards, Female, on February 3, 2014 that I was denied the promotion for which I was exceptionally qualified. The Respondent hired Travis Brooks, Male. Mr. Brooks did not have the same experience and qualifications as I did; Mr. Brooks worked in Courtroom Security as a Bailiff for six (6) years. When I asked Lieutenant Wagner why Mr. Brooks was chosen, he told me that Constable Brown made the final decision and that it came down to seniority. The reason provided was unfounded; I can recall several promotions where someone was promoted over another with more seniority. On March 10, 2014, I interviewed for a position in the Judicial Enforcement Department. I was notified by Sergeant Jimoh, Male, on March 24, 2014 that I was not hired for the position. The Respondent hired Deputy Anthony Haynes, Male. Deputy Haynes did not have the same experience and qualifications as I did; Deputy Haynes had only been employed with the Respondent for 11 months.

I believe I have been discriminated against based on my sex, Female, in violation of LSA R.S. 23: 301 et seq and Title VII of the Civil Rights Act of 1964, as amended respectively.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

4/16/14   *R. Davis* (Charging Party Signature)

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)