EEOC FORM 131 (11/09)  **U.S. Equal Employment Opportunity Commission**

| | PERSON FILING CHARGE |
|---|---|
| Dawn Guillot, Parish Attorney<br>BATON ROUGE CITY CONSTABLE'S<br>233 St. Louis Street<br>Baton Rouge, LA 70802 | **Rhea Davis**<br>THIS PERSON *(check one or both)*<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br>EEOC CHARGE NO.<br>**27A-2015-00019** |

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act (Title VII)   [ ] The Equal Pay Act (EPA)   [ ] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)   [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **12-FEB-15** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by to

   If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Christa S. Davis,
Intake Specialist
*EEOC Representative*

Telephone **(225) 342-6969**

**Louisiana Commission On Human Rights**
P.O. Box 94094
Baton Rouge, LA 70804

Fax: (225) 342-2063

Enclosure(s): [ ] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION
[ ] Race   [ ] Color   [ ] Sex   [ ] Religion   [ ] National Origin   [ ] Age   [ ] Disability   [X] Retaliation   [ ] Genetic Information   [ ] Other

**ISSUES: Discipline**

DATE(S) (on or about):   EARLIEST: 10-20-2014   LATEST: 10-20-2014

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| **January 27, 2015** | Loyce Pierce Wright,<br>Executive Director | *Loyce Pierce Wright* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA [X] EEOC | 141230001 27A-2015-00019 |

**Louisiana Commission On Human Rights** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Rhea Davis** | **(225) 389-3004** | |

Street Address: 7143 Rue Dauphine, Addis, LA 70710

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **BATON ROUGE CITY CONSTABLE'S** | **201 - 500** | **(225) 389-8358** |

Street Address: 233 St. Louis Street, Baton Rouge, LA 70802

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[X] RETALIATION [ ] AGE [ ] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-20-2014  Latest: 10-20-2014
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with the Respondent on January 19, 2010, as a Deputy Constable. The Respondent employs over 20 employees. I was placed on administrative leave.

According to Constable Reginald Brown, I was placed on administrative leave pending the outcome of the investigation over an insubordinate issue with Carol Edwards. On the same day an Internal Affair investigation was initiated. I had to take a drug test which included a breathalyzer and urinalysis. In addition a hair follicle test which is not typically done and require special clearance.

I believe I have been discriminated against based on retaliation for filing a previous charge number 27A-2014-00013 in violation of Title VII of the Civil Rights Act of 1964 and LSA R.S. 23:301 et. Seq. as amended respectively.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

1/16/15 — R. Davis
Date — Charging Party Signature

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)