

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT LOUISIANA

**RHEA DAVIS**              **CIVIL ACTION**

**VERSUS**              **NO.  16-297-BAJ-RLB**

**BATON ROUGE CITY**
**CONSTABLE'S OFFICE**

### AFFIDAVIT OF TRAVIS BROOKS

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

    BEFORE ME, the undersigned authority, personally came and appeared:

### TRAVIS BROOKS

who after being duly sworn did depose and state as follows, based upon his personal knowledge:

1. I am the current Jail Sergeant for the City Jail at the Baton Rouge City Constable's Office having
2. Beginning in 2004, I served as a Reserve Deputy for the Baton Rouge City Constable's Office.
3. Reserve Deputy personnel serve as backup security for regular full-time Deputy Constables.  Reserve Deputies are asked to volunteer before being allowed to work paid detail.
4. During the period of time as a Reserve Deputy, I served over 2000 hours of volunteer time in the community on behalf of the Baton Rouge City Constable's Office.
5. In October of 2006, I was hired as a full-time Deputy Constable.
6. I worked in the City Jail as a Deputy Constable for approximately one year.
7. I was then assigned to work in Courtroom Security and worked in that role until my promotion to Jail Sergeant in 2014.
8. In 2012, I applied for, qualified for, and was interviewed for the Jail Sergeant promotion. Another Deputy Constable was hired.
9. The individual selected over me was a female named Terrica Williams.
10. In 2014, I qualified for the Jail Sergeant position by passing the Civil Service exam, was interviewed and hired.
11. During my career at the Baton Rouge City Constable's Office, I have been involved in a number of professional development opportunities.
12. I completed a thirteen week course to receive my Peace Officer Standards and Training (POST) certification in 2007.
13. During that certification, I also received a POST certification for Corrections.

14. At the time of my promotion, I was a Defensive Tactics Instructor for the Baton Rouge City Constable's Office.
15. At the time of my promotion, I had served on behalf of the Baton Rouge City Constable's Office on the Delta Drug Task Force for approximately 4-5 years. The Delta Drug Task Force is a multi-agency task force designed to address drug trafficking in our region.
16. At the time of my promotion to Jail Sergeant, I had been involved in the Honor Guard.
17. At the time of my promotion, I had completed training for Tactical Mountain Bike.
18. After my promotion to Jail Sergeant, I was advised I would be allowed to select the individual who would be my assistant in supervising Jail personnel, which is titled the Jail Corporal position.
19. I decided to retain Rhea Davis in that role. I never selected another individual, and Davis was the Jail Corporal for my predecessor. Davis never had that title or any of the benefits that come with that title taken from her until she resigned.
20. Around October of 2014, I received a complaint from a Deputy Constable Carol Lindsey-Edwards, who worked in the City Jail and reported in the chain of command to Rhea Davis as Jail Corporal, and then myself as Jail Sergeant.
21. The complaint contained information about Davis' admission to using illegal drugs off the job. The complaint also alleged that Davis admitted she used illegal drugs in a manner and at a time that would allow her to evade the typical City-Parish drug testing protocol. The complaint also alleged that Davis was acting in a manner that indicated a mental health issue, including erratic and bi-polar behavior. The complaint called into question her decision-making and her treatment of subordinate staff.
22. I viewed the complaint as a serious security risk and forwarded the complaint up the chain of command.

The Affiant swears that he is competent to testify to the matters contained herein and that all of the allegations of fact above are true and correct to the best of his personal knowledge, information and belief.

_____
TRAVIS BROOKS

SWORN TO AND SUBSCRIBED before me, Notary Public this 21st day of February, 2017.

_____
NOTARY PUBLIC