

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT LOUISIANA

**RHEA DAVIS**                 **CIVIL ACTION**

**VERSUS**                 **NO. 16-297-BAJ-RLB**

**BATON ROUGE CITY**
**CONSTABLE'S OFFICE**

## AFFIDAVIT OF ANTHONY HAYNES

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, personally came and appeared:

**ANTHONY HAYNES**

who after being duly sworn did depose and state as follows, based upon his personal knowledge:

1. I am currently employed as a Deputy Constable in the Judicial Enforcement division of the Baton Rouge City Constable's Office.
2. Beginning in 2013, I was hired as a Deputy Constable for the Baton Rouge City Constable's Office.
3. I initially worked as a Deputy Constable in the City Jail for just under one year.
4. I was then transferred briefly to Courtroom Security, then was transferred to Judicial Enforcement in March of 2014.
5. The position I occupy in Judicial Enforcement is tasked with serving subpoena's and warrants in the community. The majority of my duties are performed outside the office on the street.
6. I have an educational background in law enforcement, as well as in other areas.
7. In 1996, I received an Associates degree from Southern University in Criminal Justice.
8. In 1998, I received a Bachelor's degree from Southern University in Sociology.
9. I have taken Master's level coursework in Theology at New Orleans Baptist Theological Seminary.
10. Over the course of my career, I have significant experience in law enforcement roles where I served as a law enforcement officer on the street.
11. I was certified by Peace Officer Standards and Training (POST), receiving my certification in 1993.
12. I served as a Police Officer for University Police for Southern University from 1993 to 1995.
13. I then worked for the East Baton Rouge Parish Sheriff's Office from 1995-1996, serving at Parish Prison.
14. In 1996 through 1999, I was a Police Office for the Department of Public Safety.

15. From 1999-2002, I served as a Probation Officer for the Department of Corrections for the State of Louisiana.
16. During my career, I have been involved in a number of professional development opportunities in the military and in law enforcement.
17. I served full-time in the United States Army from 1989 to 1992.
18. I served part-time in the National Guard from 1992 to 1996.
19. I served in the Air Force Reserves from 2000-2002.
20. I was certified as a Defensive Tactics Instructor by the Louisiana State Police.
21. Prior to my hire at the Baton Rouge City Constable's Office, I had approximately ten years of direct experience in law enforcement.

The Affiant swears that he is competent to testify to the matters contained herein and that all of the allegations of fact above are true and correct to the best of his personal knowledge, information and belief.

_____
ANTHONY HAYNES

SWORN TO AND SUBSCRIBED before me, Notary Public this 22nd day of February, 2017.

_____
NOTARY PUBLIC

**JOHN MARSTON FOWLER**
BAR ROLL NO. 29719
EAST BATON ROUGE PARISH
MY COMMISSION EXPIRES AT DEATH