UNITED STATES DISTRICT COURT
MIDDLE DISTRICT LOUISIANA

RHEA DAVIS

VERSUS

BATON ROUGE CITY
CONSTABLE'S OFFICE

CIVIL ACTION

NO. 16-297-BAJ-RLB

## AFFIDAVIT OF GANIYU JIMOH

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, personally came and appeared:

**GANIYU JIMOH**

who after being duly sworn did depose and state as follows, based upon his personal knowledge:

1. I am currently employed as a Captain-Chief of Operations for the Baton Rouge City Constable's Office.
2. In 2014, I was the supervisor of the Judicial Enforcement division at the Baton Rouge City Constable's Office.
3. When then Jail Sergeant Terrica Williams resigned in late 2013, I inquired with Rhea Davis about her interest in the position. During that conversation, Rhea Davis advised me she was not interested in pursuing the promotion. She did not believe the Jail Sergeant was a desirable position at that time.
4. I also asked several other Deputy Constables about their interest in the position. The only Deputy Constable that indicated an interest in seeking the promotion was Travis Brooks.
5. I advised Chief Deputy Larry Navarre and Constable Brown that the only Deputy Constable who was interested in the position was Travis Brooks..
6. In early 2014, I had an opening for a Deputy Constable position in the Judicial Enforcement division.
7. I was interested in hiring Rhea Davis in that role, as I knew Davis and thought she would be a good fit.
8. I reached out to Davis and spoke with her about the position.
9. Davis initially verbally told me she was not interested in the position in Judicial Enforcement.
10. I later received a letter of interest from her, after she was not selected for the Jail Sergeant position.
11. I interviewed six individuals for the position, including Rhea Davis and Anthony Haynes.

12. I submitted my recommendation to upper management. I recommended three individuals, all of whom I would have been happy to have. These individuals were Rhea Davis, Anthony Haynes, and Mark Hinson.
13. The final decision was made by Chief Deputy Larry Navarre and Constable Reginald Brown, Sr. to hire Anthony Haynes.
14. I was advised at the time that the reason Haynes was selected was his extensive contacts in the community given his lengthy time as a law enforcement officer. I was advised the decision came down to Haynes' street experience in other law enforcement agencies.
15. In my opinion, upper management did nothing wrong when they selected Brooks or Haynes. I was personally disappointed that Davis ultimately resigned and filed this suit against the Constable's Office. In my opinion, Constable Brown was giving Davis access to professional development opportunities, including inviting her to appear on his radio show.

The Affiant swears that he is competent to testify to the matters contained herein and that all of the allegations of fact above are true and correct to the best of his personal knowledge, information and belief.

_____
GANIYU JIMOH

SWORN TO AND SUBSCRIBED before me, Notary Public this 21st day of February, 2017.

_____
NOTARY PUBLIC

**JOHN MARSTON FOWLER**
BAR ROLL NO. 29719
EAST BATON ROUGE PARISH
MY COMMISSION EXPIRES AT DEATH