

# Office of the City Constable

Post Office Box 1471
Baton Rouge, Louisiana 70821

(225
Fax (2

Reginald R. Brown, Sr.
City Constable



EXHIBIT
G

February 4, 2014

To:     All Employees
        B.R. City Constable's Office

From:   Reginald R. Brown, Sr.
        B.R. City Constable

Re:     Promotion- Sgt. Travis Brooks

Effective February 10, 2014, Cpl. Travis Brooks will be promoted to Sergeant and assigned as the supervisor of the Baton Rouge City Jail. Lt. Thomas Wagner will assist and oversee Sgt. Brooks during his transition period to his new assignment.

Furthermore, the Corporal position in the City Jail will be vacated until Sgt. Brooks completes his transition and makes the assignment.

There will be an opening in Court Security due to Sgt. Brooks' promotion. Any deputy that has an interest in this position should submit a written request directed to the attention of Lt. Vernon Scott.

CC:     All Employees
        Chief Navarre
        Capt. Lawton
        Lt. Scott
        Lt. Wagner
        Personnel File