**Office of the City Constable**

Post Office Box 1471
Baton Rouge, Louisiana 70821

(225) 389-3004
Fax (225) 389-3029



Major Reginald R. Brown, Sr.
City Constable

Date:   October 20, 2014

To:   Corporal Rhea Davis

From:   Constable Reginald Brown

Re:   Administrative Leave and Internal Affairs Investigation

Effective October 20, 2014, you are considered on Paid Administrative Leave, pending the outcome of an Internal Affairs investigation.

Accordingly, you are not to report for work, effective immediately. This is not disciplinary, but is intended to allow the office to examine the issues thoroughly and to determine appropriate action.

During the course of the investigation, you will be provided with the details of the allegations and given an opportunity to respond to them. You must ensure you are available for interviews during this period.

If you do not make yourself available we will proceed with the investigation and make a determination based on the information we have available to us. You have the right to union representation at any such interview.

Upon receipt of this letter, you will be required to temporarily return your office keys, firearm, badge, commission and unit keys. You may contact Sgt. Brooks should you wish to remove any personal items and arrange for a time to do this.

Upon completion of the investigation, you will be required to attend a meeting where the results of the investigation and any possible disciplinary sanctions will be discussed with you. Should you need to contact the office, you may call Lt. Scott who will be your principle contact.

*"Service Above and Beyond"*

R. DAVIS 016
GKB & ASSOCIATES