


**Office of the City Constable**

Post Office Box 1471
Baton Rouge, Louisiana 70821

(225) 389-3004
Fax (225) 389-3029

**Major Reginald R. Brown, Sr.**
City Constable

Major Reginald R. Brown, Sr.
233 Saint Louis St. Rm B46
Baton Rouge, LA 70802

December 9, 2014

Rhea Davis
7143 Rue Dauphine St.
Addis, LA 70710

Dear Corporal Davis,

You were placed on administrative leave with pay because I was presented information that you engaged in illegal drug use and did so in a manner that would avoid positive drug testing. I was also presented with text messages by a coworker to support her allegations. While the drug test that resulted from this information came back negative, those documents raised numerous other concerns. You indicated in your messages that you were directed by your health care provider to seek evaluation by a psychiatrist. You stated in your own words that you were enduring high anxiety and uncontrollable stress and that you were experiencing panic attacks that have become progressively worse and can't be prevented. This condition is of great concern to me given your job in law enforcement in which you are trusted with a firearm and the safety of others. I would be negligent not to ensure you are fit to return to duty given my knowledge of this condition.

Further, the text messages displayed an unprofessional relationship with your subordinate worker, Deputy Carol Edwards. As a supervisor your manner of handling the relationship showed extremely poor judgment. Deputy Edwards requested that your business and social relationship be separated. You indicated that you would oblige but did not agree. Thereafter you continued to pressure her regarding your personal relationship and even tried to discourage her from taking a test or progressing in order that your personal relationship could go back to how it was before. You also made accusations against Deputy Edwards of criminal behavior but then withdrew those accusations upon inquiry. Again, this is an example of unreasonable behavior and poor judgment. Therefore I cannot allow you to continue to supervise Deputy Edwards.

*"Service Above and Beyond"*

Please be advised that because of the reasons set forth above, I am directing you to immediately seek a fit for duty evaluation by one of our contractors, Matrix or Dr. Zimmerman, or from an independent 3rd party, Dr. Jackie Mims. Further, I am directing you that upon your release to return to duty from the health care provider, that you will be reporting to Courtroom Security under the supervision of Lt. Vernon Scott. You are further directed to inform me when your evaluation is scheduled and keep me informed of your progress. Your salary and vehicle assignment will not be adversely affected because of this lateral transfer.

Sincerely,

Major Reginald R. Brown, Sr.
Constable