



## Office of the City Constable

Post Office Box 1471
Baton Rouge, Louisiana 70821

(225) 389-3004
Fax (225) 389-3029

Major Reginald R. Brown, Sr.
City Constable

December 15, 2014

To:     Corporal Rhea Davis

From:   Lieutenant Vernon Scott

Re:     Fit for Duty

A fit for duty examination has been scheduled for you with Dr. Zimmerman, 9270 Siegen Lane #402, on Tuesday, December 16, 2014 at 1330 hours. This message is being sent to you as a reminder that because you're still on paid administrative leave, you're required to make yourself available to us during your normal work hours. Thanks.

*"Service Above and Beyond"*

R. DAVIS 027
GKB & ASSOCIATES