



# Office of the City Constable

Post Office Box 1471
Baton Rouge, Louisiana  70821

(225) 389-3004
Fax (225) 389-3029

**Major Reginald R. Brown, Sr.**
City Constable

December 18, 2014

To: Reginald R. Brown Sr.,
City Constable

From: Lieutenant Vernon Scott

Re: Rhea Davis

On Tuesday, December 16, 2014 at approximately 1344 hours, I, Lt. Vernon Scott, received a call from LaKeisha Scott, Office Manager for Dr. Zimmerman, who informed me Cpl. Rhea Davis was refusing to take the Fit for Duty Evaluation. Ms. Scott said, Rhea told her she would only submit to an oral exam. She said her attorney worked it out with me or the Parish Attorney's Office. Ms. Scott told me a written examination was standard protocol in Fit for Duty Evaluations. I assured Ms. Scott that no deal had been worked out and Cpl. Davis should submit to the evaluation. I immediately contacted Constable Brown, who gave me permission to give Cpl. Davis a direct order to submit to the evaluation. I contacted Ms. Scott again at approximately 1347 hours and was told Cpl. Davis was attempting to contact her attorney and still refusing to submit to the evaluation. I asked Ms. Scott to give the phone to Cpl. Davis so I could issue her a directive. Cpl. Davis refused to come to the telephone. Instead she told Ms. Scott, all communication goes through my attorney. After updating the Constable, I contacted Ms. Scott one last time at approximately 1354 and was advised Cpl. Davis left without submitting to the Fit for Duty Evaluation.

*"Service Above and Beyond"*