

# Office of the City Constable

Post Office Box 1471
Baton Rouge, Louisiana 70821

(225) 389-3004
Fax (225) 389-3029

**Major Reginald R. Brown, Sr.**
**City Constable**

To: Corporal Rhea Davis

From: Reginald R. Brown Sr.,
City Constable

Date: December 31, 2014

Re: Fit for Duty

You failed to appear for your fit for duty exam scheduled for December 31st at 8 am. You also previously left your fit for duty exam and failed to cooperate on Tuesday, December 16, 2014. Therefore you are being placed on leave without pay pending your pre-disciplinary hearing. Our attorney is contacting your counsel in order to set a hearing date. You will receive your detailed pre-disciplinary letter once a hearing date has been established.

Sincerely,

Major Reginald R. Brown, Sr.
City Constable

*"Service Above and Beyond"*