EXHIBIT

# CITY OF BATON ROUGE
# PARISH OF EAST BATON ROUGE



*"One Baton Rouge"*

## NON-DISCRIMINATION
## EQUAL EMPLOYMENT OPPORTUNITY POLICY
CITY-PARISH HUMAN RESOURCES DEPARTMENT

Revised: March 10, 2014

**Office of the Mayor-President**



City of Baton Rouge
Parish of East Baton Rouge

222 St. Louis Street
Post Office Box 1471
Baton Rouge, Louisiana 70821

225/389-3100
Fax 225/389-5203

MELVIN L. "KIP" HOLDEN
Mayor-President

March 10, 2014

MEMORANDUM

TO: Employees of the City of Baton Rouge/Parish of East Baton Rouge

FROM: Melvin L. "Kip" Holden, Mayor-President

SUBJECT: Non-Discrimination/Equal Employment Opportunity Policy Statement

The City of Baton Rouge, Parish of East Baton Rouge reaffirms its commitment to upholding the tenets of law concerning equal opportunity in employment. Our goal in preventing discrimination, harassment, and retaliation is to assure equal opportunity for employees, applicants, and citizens. Thus, we will consistently strive to practice the principles of equity and inclusiveness while respecting the diversity of all people that comprise this great city.

The City-Parish's stance has remained steadfast in maintaining a harassment free work environment. No employee or applicant shall be discriminated against in any terms, conditions, or privileges of employment because of race, sex, creed, color, religion, national origin, age, genetic information, marital status, ancestry, sexual orientation, gender identity, or physical/mental disability. Together we have become one of the fastest growing cities in the nation and we will sustain this growth as we continue to value the differences in everyone.

For more information about Non-Discrimination/Equal Employment Opportunity or to report any form of discrimination, harassment (including sexual), or retaliation on the basis outlined in this policy, contact the Department of Human Resources, Employee Relations Division at 225-389-8727 or 1755 Florida Street, Baton Rouge, Louisiana, 70802.



Department of Human Resources

City of Baton Rouge
Parish of East Baton Rouge

1755 Florida Street
P. O. Box 1471
Baton Rouge, Louisiana 70821
225-389-3129

**BRIAN K. BERNARD, MPA, PHR**
Interim Director

DATE:      March 10, 2014

TO:        All City-Parish Employees

FROM:      Brian K. Bernard, MPA, PHR, Interim Human Resources Director *BKB*

SUBJECT:   Non-Discrimination/Equal Employment Opportunity Policy Statement

It is important to reaffirm the City of Baton Rouge, Parish of East Baton Rouge commitment to the principles of equal opportunity, and to a work environment free of discrimination and harassment in any form. We are committed to ensuring that the principles of fair and equal treatment in all aspects of employment are understood, respected, and practiced throughout the City of Baton Rouge and the Parish of East Baton Rouge.

The City of Baton Rouge, Parish of East Baton Rouge believes that a diverse work force adds quality and perspective to the services we provide. Therefore, we will strive to develop and maintain a diverse work force which values the differences among employees. No employee or applicant shall be discriminated against in any terms, conditions, or privileges of employment because of race, sex, creed, color, religion, national origin, age, marital, ancestry, sexual orientation, gender identity, reprisal, disability or genetic information.

We are personally committed to working with department heads, managers, supervisors, employees and the Baton Rouge Community to enhance their understanding of the rights and responsibilities under Equal Employment Opportunity and the Americans with Disabilities Act, laws, practices and guidelines.

Anyone seeking more information may contact the Employee Relations Division at 225-389-8727.

# CITY OF BATON ROUGE
# PARISH OF EAST BATON ROUGE

# Employee's Rights & Responsibilities

*As an employee, under the EEO laws you have the rights and responsibilities to:*

- Work in a harassment-free environment.

- Be informed of the City of Baton Rouge/Parish of East Baton Rouge policies protecting you from illegal harassment, discrimination, and retaliation.

- Not be discriminated against in decisions and actions affecting you at work.

- File a complaint of harassment or discrimination without being retaliated against.

- Have your complaint treated seriously, investigated promptly, objectively, and thoroughly, and handled as confidentially as possible.

- Participate in an investigation without being retaliated against.

- Ensure that your behavior and actions are conducive to the professional work environment your customers and co-workers expect and deserve.



**CITY OF BATON ROUGE**
**PARISH OF EAST BATON ROUGE**

## DISCRIMINATION COMPLAINT PROCEDURE

The discrimination complaint procedure is used when an employee feels he or she has been discriminated against at their workplace. No employee or applicant shall be discriminated against in any terms, conditions, or privileges of employment because of race, sex, creed, color, religion, national origin, age, marital status, ancestry, sexual orientation, gender identity, reprisal, disability or genetic information. Any employee or applicant who feels he/she has been discriminated against shall be referred to the Employee Relations Division for investigation and possible disposition in accordance with procedures established by that office. The City-Parish EEO/ADA is located at:

**Employee Relations Division**
**1755 Florida Street**
**Baton Rouge, LA 70802**
**Phone: (225) 389-8727   Fax: (225) 389-5314**

Employees may also report a complaint of discrimination to the following:

## LOUISIANA COMMISSION ON HUMAN RIGHTS

**Physical Address:**
1001 N. 23rd Street, Suite 268
Baton Rouge, Louisiana 70802

**Mailing Address:**
P.O. Box 94094
Baton Rouge, Louisiana 70804-9004

**Phone:** (225) 342-6969   **Fax:** (225) 342-2063   **TDD:** 1-888-248-0859

## UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC)

Federal responsibilities for employment discrimination administration have been centralized in the EEOC. This agency is charged with enforcing Title VII of the 1964 Civil Rights Act, as amended, the Equal Pay Act (EPA), the Americans with Disabilities Act (ADA) and the Age Discrimination in Employment Act (ADEA). Complaints must be filed within 300 days of the alleged discriminatory practice or act or when you first knew about the alleged discriminatory practice or act.

**Federal Equal Opportunity Employment Commission Field Office (New Orleans)**
1555 Poydras Street
Suite 1900
New Orleans, LA 70112

**Phone:** 1-800-669-4000   **Fax:** 1-504-595-2884   **TTY:** 1-504-595-295

# NON-DISCRIMINATION
# EQUAL EMPLOYMENT OPPORTUNITY POLICY
# CITY OF BATON ROUGE
# PARISH OF EAST BATON ROUGE

The City of Baton Rouge, Parish of East Baton Rouge (City-Parish) supports and will comply with the Federal law in all respects regarding Employment Rights.

## DISCRIMINATION

Discrimination is conduct of any nature which denies equal privileges of treatment to a particular individual because of race, creed, color, religion, sex, national origin, age (40 and over), marital status, ancestry, sexual orientation, gender identity, reprisal, disability or genetic information with respect to hiring, promotion, firing, compensation, or other terms, conditions or privileges of employment. It is the policy of the City-Parish to provide equal opportunity for all persons and to prohibit discrimination.

## HARASSMENT

Harassment on the basis of race, color, religion, gender, national origin, age or disability is also a violation of the law. The City-Parish will not tolerate harassment. We are committed to providing a professional working atmosphere in which every individual is treated with respect and is free from harassment.

### *Recognizing Harassment*

Harassment is conduct that degrades, is offensive or shows hostility or contempt towards someone because of race, color, religion, sex, gender, national origin, age, marital status, ancestry, sexual orientation, gender identity, reprisal, disability or genetic information or that of relatives, friends or associates. Some examples of harassment include:

- Abusive language
- Unwelcome jokes
- Negative stereotyping
- Threats
- Intimidation
- Hostile acts

## SEXUAL HARASSMENT (See policy statement at the end of this document)

Sexual harassment is unsolicited and unwelcome conduct such as flirtations, advances, or propositions as well as the examples given above.

### RETALIATION

The City-Parish will not knowingly tolerate retaliation in any manner against employees because they have exercised their rights under the Equal Employment Opportunity legislation. Retaliation is when an employee is treated differently or adversely because he or she has filed a complaint or participated in an investigation.

The City-Parish or its agents will not retaliate against former employees/applicants because they have filed charges of discrimination by providing adverse job references to prospective employers or disclosing that the applicant had filed a charge of discrimination with the Equal Employment Opportunity Commission.

### MANAGEMENT RESPONSIBILITY

The City-Parish will not tolerate discrimination, retaliation or harassment and will take appropriate action for such behavior and misconduct. The City Parish also recognizes that false accusations can have serious effects on innocent employees. We trust that **all** employees will act responsibly in reporting such actions.

### PROCEDURE FOR FILING A COMPLAINT

An employee who believes he or she has been the subject of discrimination, retaliation or harassment should report the alleged act immediately or as soon as possible to any of the following: Immediate Supervisor, Department Manager or Director, or the City Parish Equal Employment Opportunity Coordinator. The address and telephone numbers are listed below:

> **Micheline D. Millender, MPA**
> **Employee Relations Division Manager**
> **1755 Florida Street**
> **Baton Rouge, LA 70802**
> **Phone: (225) 389-8727**
> **Fax: (225) 389-5314**

It is not necessary for an employee to complain first to the offending person in order to report harassment.

## INVESTIGATION

The City-Parish, through its Employee Relations Division, will investigate each charge of harassment by gathering information from all involved. The City-Parish will not retaliate against any employee who reports discrimination, retaliation and harassment or cooperates in an investigation. If discrimination, retaliation or harassment is found to have occurred, the City-Parish will take prompt remedial action to end the discrimination, retaliation or harassment. In addition, the City-Parish may make subsequent inquiries, from time to time, to ensure that any such discrimination, retaliation or harassment has not resumed and that the subject of any such harassment has not suffered any retaliation.

## DISCIPLINE

Any person found to have discriminated against, retaliated against or harassed any employee will be subject to appropriate discipline, up to and including termination. Further, any supervisor, manager or department head that is aware of such acts and does not take action to remedy or report it to the appropriate authorities will be subject to discipline.

## EFFECTIVE DATE AND NATURE OF THIS POLICY

This policy is effective as of <u>March 10, 2014</u> and it supersedes any and all other policies and procedures which relate to discrimination, retaliation or harassment.

I acknowledge receipt of a copy of this policy on _____ day of _____, 20_____.

_____
EMPLOYEE

# SEXUAL HARASSMENT POLICY STATEMENT
# OF
# CITY OF BATON ROUGE, PARISH OF EAST BATON ROUGE

It is the policy of the City of Baton Rouge, Parish of East Baton Rouge to promote a productive work environment and not to tolerate verbal or physical conduct by any employee that harasses, disrupts, or interferes with another's work performance or that create an intimidating, offensive, or hostile environment.

## GUIDELINES

1. Sexual harassment is in violation of Section 703 of Title VII of the Civil Rights Act, as amended. Harassment on the basis of sex is defined as unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when: (1) submission to such conduct is made either openly or privately a term or condition of an individual's employment; (2) submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or (3) such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating hostile, or offensive working environment.
2. Employees are expected to maintain a productive work environment that is free from harassing or disruptive activity. No form of harassment will be tolerated.
3. Each supervisor and manager has a responsibility to keep the workplace free of sexual harassment. No supervisor or manager is to threaten or insinuate, either openly or privately, that an employee's refusal or willingness to submit to sexual advances will affect the employee's terms or conditions of employment.
4. Other sexually harassing or offensive conduct in the workplace, whether committed by supervisors, managers, non-supervisory employees, or non-employees, is also prohibited. This conduct includes:
    a. Unwanted physical contact or conduct of any kind, including sexual flirtations, touching, advances, or propositions;
    b. Verbal harassment of a sexual nature, such as lewd comments, sexual jokes or references, and offensive personal references;
    c. Demeaning, insulting, intimidating, or sexually suggestive comments about an individual;
    d. The display in the workplace of demeaning, insulting intimidating, or sexually suggestive objects, pictures, or photographs; or
    e. Demeaning, insulting, intimidating, or sexually suggestive written, recorded, or electronically transmitted messages (such as email, instant messaging, and Internet materials).
5. Any employee who believes that a supervisor's, manager's, other employee's or non-employee's actions or words constitute unwelcome harassment has a responsibility to report or complain about the situation as soon as possible.
6. Any employee, supervisor, or manager who is found to have violated the harassment policy will be subjected to appropriate disciplinary action, up to and including termination
7. All complaints of harassment will be investigated promptly by the department head or his/her representative. Sexual harassment complaints may also be filed with the Employee Relations Division Manager who will provide additional appeal procedures. If you have any questions, please contact the Employee Relations Division at (225) 389-8727.