

8-Jan-16

# RULES GOVERNING EMPLOYEES IN THE CLASSIFIED SERVICE

## of the

## CITY OF BATON ROUGE and PARISH OF EAST BATON ROUGE

Adopted by the Personnel Board March 7, 1949
Effective March 22, 1949

### As Amended to and Including

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/11/49 | 13/23/71 | | | | | |
| 07/15/49 | 05/12/71 | 01/25/89 | 06/20/90 | 01/26/94 | 11/07/03 Per. | 04/26/07 & |
| 09/09/49 | 06/29/71 | Metro C. | Per. Brd. | Metro C. | Brd.; Metro C. | 07/26/07 Per. |
| 10/10/49 | 08/17/71 | Res. #28323 | | Res. #34705 | Res.#42914, | Brd.: Metro C. |
| 02/06/50 | 02/08/72 | | 09/12/90 | | 11/12/03 | Res.#45695, |
| 04/03/50 | 03/21/72 | 05/10/89 | Metro C. | 05/25/94 | | 08/22/07 |
| 04/19/50 | 12/05/72 | Metro C. | Res. #30450 | Metro C. | 12/17/03 Per. | |
| 05/08/50 | 02/20/73 | Res. #28666 | | Res. #35012 | Brd.; Metro C. | 10/20/07 Plan |
| 08/07/50 | 05/24/73 | | 12/19/90 | | Res.#43030, | of Gov't; |
| 11/06/50 | 08/21/73 | 06/21/89 | Per. Brd. | 11/16/94 | 43031, 1/28/4 | 08/07/08 Per. |
| 12/05/50 | 08/05/75 | Per. Brd. | | Per. Brd. | | Brd.; Metro C. |
| 06/26/51 | 12/16/75 | | 03/27/91 | | 05/18/05 Per. | Res. #46490, |
| 06/27/51 | 02/26/76 | 08/09/89 | Metro C. | 12/14/94 | Brd.; Metro C. | 09/24/08 |
| 10/24/51 | 05/04/76 | Metro C. | Res. #31024 | Metro C. | Res.#44196, | |
| 11/21/51 | 06/08/76 | Res. #29130 | | Res. #35496 | 06/22/05 | 09/23/10 Per. |
| 06/12/52 | 08/03/76 | | 04/17/91 | | | Brd.; Metro C. |
| 10/28/52 | 03/29/77 | 08/09/89 | Per. Brd. | 03/08/95 | 02/15/06 Per. | Res. #48423, |
| 12/24/54 | 04/11/77 | Metro C. | | Metro C. | Brd.; Metro C. | 01/26/11 |
| 06/28/56 | 05/03/77 | Res. #29131 | 06/12/91 | Res. #10204 | Res.#44686, | |
| 08/14/57 | 10/11/77 | | Metro C. | | 03/22/06 | 11/14/12 Per. |
| 01/03/58 | 08/01/78 | 09/26/89 | Res. #31265 | 06/19/96 | | Brd; Metro C. |
| 08/06/58 | 01/16/79 | Per. Brd. | | Per. Brd. | 05/11/06 Per. | Res. #49932, |
| 02/03/59 | 06/07/79 | | 09/25/91 | | Brd.:Metro C. | 02/13/13 |
| 07/02/59 | 10/08/79 | 11/22/89 | Metro C. | 07/24/96 | Res.#44925, | |
| 03/02/60 | 11/06/80 | Metro C. | Ord. #9343 | Metro C. | 07/26/06 | 03/24/15 Per. |
| 09/14/60 | 01/14/81 | Res. #29503 | | Res. #37012 | | Brd; Metro C. |
| 07/11/61 | 02/10/81 | | 12/03/91 | | 06/13/06 Per. | Res. #51399, |
| 12/12/61 | 04/09/81 | 12/12/89 | Per. Brd. | 02/19/97 | Brd.;Metro C. | 04/04/15 |
| 02/13/62 | 11/12/81 | Per. Brd. | | Per. Brd. | Res.#44928, | |
| 08/15/62 | 07/08/82 | | 12/11/91 | | 07/26/06 | |
| 12/04/62 | 08/17/82 | 12/13/89 | Metro C. | 04/09/97 | | |
| 11/05/64 | 09/09/82 | Metro C. | Res. #31946 | Metro C. | 08/04/06 Per. | |
| 01/13/65 | 11/02/82 | Res. #29560 | | Res.#37723 | Brd.:Metro C. | |
| 03/30/65 | 03/11/83 | | 03/17/93 | | Res.#45078, | |
| 09/12/65 | 06/06/83 | 12/13/89 | Per. Brd. | 12/08/99 | 09/27/06 | |
| 02/08/66 | 06/14/84 | Metro C. | | Metro C. | | |
| 03/11/66 | 07/19/84 | Res. #29561 | 03/24/93 | Res.#39973 | 02/13/07 Per. | |
| 06/23/66 | 09/20/84 | | Metro C. | | Brd.:Metro C. | |
| 10/13/66 | 02/07/85 | 11/12/89 | Res. #33783 | 10/11/00 | Res.#45406, | |
| 01/23/67 | 04/10/85 | Metro C. | | Metro C. | 03/28/07 | |
| 07/20/67 | 11/05/85 | Res. #29503 | 03/17/93 | Ord. #11864 | | |
| 12/19/67 | 11/12/86 | | Per. Brd. | | 04/26/07 Per. | |
| 01/25/68 | 06/21/88 | 12/12/89 | | 01/17/01 | Brd.: Metro C. | |
| 03/05/68 | 10/18/88 | Metro C. | 03/24/93 | Per. Brd. | Res.#45694, | |
| 03/29/68 | 11/01/88 | Res. #29560 | Metro C. | | 08/22/07 | |
| 07/28/69 | | | Res. #33821 | 07/06/01 | | |
| 12/11/69 | 12/14/88 | 12/13/89 | | Per. Brd. | | |
| 03/31/70 | Metro C. | Metro C. | 12/13/93 | | | |
| 08/10/70 | Res. #28163 | Res. #29561 | Per. Brd. | | | |

## TABLE OF CONTENTS

| | | |
|---|---|---|
| RULE I. | DEFINITIONS | 1 |
| RULE II. | ORGANIZATION, POWERS AND DUTIES OF THE BOARD | 5 |
| | Section 1. Organization of Board | 5 |
| | Section 2. Powers and Duties of the Board | 5 |
| RULE III. | CLASSIFICATION PLAN | 6 |
| | Section 1. Creating Classes and Allocating Positions | 6 |
| | Section 2. Force and Effect of Classes | 6 |
| RULE IV. | PAY PLAN | 8 |
| | Section 1. Scale of Rates | 8 |
| | Section 2. Original Appointment Rate | 8 |
| | Section 3. Rate of Pay Upon Promotion | 8 |
| | Section 4. Rate of Pay Upon Demotion | 8 |
| | Section 5. Reemployment and Reinstatement Rate | 8 |
| | Section 6. Increases | 8 |
| | Section 7. Pay Reductions | 9 |
| | Section 8. Compensation for Part-time Services | 10 |
| | Section 9. Adjustments of Salaries of Incumbent Employees | 10 |
| | Section 10. Compensation for Part of a Pay Period | 10 |
| | Section 11. Transfer of an Employee | 10 |
| | Section 12. Change in Rate of Pay | 10 |
| | Section 13. Certification of Payrolls | 10 |
| | Section 14. Maintenance | 11 |
| | Section 15. Overtime Pay | 11 |
| | Section 16. Emergency Work | 11 |
| | Section 17. Compensation for Lack of Work | 11 |
| | Section 18. Shift Differential Pay | 11 |
| | Section 19. Overtime Exemption | 12 |
| | Section 20. Compensatory Time | 12 |
| | Section 21. Payment of Compensatory Time at Termination | 12 |
| RULE V. | ELIGIBLE LISTS | 13 |
| | Section 1. Public Notice of Tests | 13 |
| | Section 2. Admission to Tests | 13 |
| | Section 3. Rejection of Applications | 13 |
| | Section 4. Content of Tests | 14 |
| | Section 5. Postponement and Cancellation of Tests | 14 |
| | Section 6. Test Scoring Time Limit | 14 |
| | Section 7. Results of Tests and Veteran's Preference | 14 |
| | Section 8. Review of Test Results | 15 |
| | Section 9. Establishment of Employment Lists | 15 |
| | Section 10. Establishment of Reemployment Lists | 16 |
| | Section 11. Establishment of Preferred Reemployment Lists | 17 |
| | Section 12. Removal of Names from Lists | 17 |
| | Section 13. Restoration to Employment List During Working Test Period | 18 |

## TABLE OF CONTENTS, Contd.

**RULE VI.   CERTIFICATION AND APPOINTMENT** ............ 19
- Section 1.  Request for Appointment ............ 19
- Section 2.  Certification of Eligibles ............ 19
- Section 3.  Appointment ............ 19
- Section 4.  Reinstatement of a Retirement Beneficiary ............ 20
- Section 5.  Temporary Appointments ............ 20
- Section 6.  Transfer ............ 20
- Section 7.  Conditional Appointments ............ 21
- Section 8.  Preference Over Other Applicants ............ 21
- Section 9.  Request for Selective Certification ............ 22
- Section 10. Temporary Promotions ............ 22
- Section 11. Emergency Appointments ............ 22

**RULE VII.   WORKING TEST** ............ 23
- Section 1.  Working Test ............ 23
- Section 2.  Interruption of Working Test ............ 23
- Section 3.  Evaluation of Employee Performance ............ 23
- Section 4.  Removal of Employee During Working Test Period ............ 23
- Section 5.  Certification at Close of Working Test Period ............ 23

**RULE VIII.  SERVICE RATINGS** ............ 24
- Section 1.  Establishment of System ............ 24
- Section 2.  Standards of Performance and Annual Performance Rating ............ 24
- Section 3.  Process of Service Ratings for Regular Employees ............ 24
- Section 4.  Process of Service Ratings for Probationary, Transfer and Exiting Employees ............ 24
- Section 5.  Use of the Service Rating ............ 25
- Section 6.  Records of System ............ 25
- Section 7.  Appeals of Employee Service Ratings ............ 26

**RULE IX.   HOURS OF WORK, VACATION TIME AND LEAVES OF ABSENCE** ............ 27
- Section 1.  Hours of Work ............ 27
- Section 2.  Leave: General ............ 27
- Section 3.  Vacation Leave ............ 31
- Section 4.  Sick Leave ............ 32
- Section 5.  Civil Leave ............ 34
- Section 6.  Leave of Absence Without Pay ............ 34
- Section 7.  Military Leave With Pay ............ 35
- Section 8.  Funeral Leave ............ 36
- Section 9.  Family/Medical Leave ............ 36
- Section 10. Promotional Leave ............ 38
- Section 11. Holidays ............ 38
- Section 12. Certification of Retirement Eligibility ............ 38
- Section 13. Administrative Leave with Pay ............ 39
- Section 14. Administrative Leave without Pay ............ 39

**RULE X.    DISCIPLINARY ACTIONS AND SEPARATIONS** ............ 40
- Section 1.  Removals, Suspensions and other Corrective or Disciplinary Action for Maintaining Standards of Service ............ 40
- Section 2.  Procedure in Disciplinary Cases ............ 40
- Section 3.  Appeals ............ 40
- Section 4.  Layoff ............ 41
- Section 5.  Administrative Leave With Pay ............ 41

**RULE X.  DISCIPLINARY ACTIONS AND SEPARATIONS, Contd.**

**Section 4. Layoff.**

Whenever a position in the classified service is abolished or needs to be vacated because of stoppage of work from lack of funds or other cause, the employees of the class involved in the organization unit affected shall be laid off according to seniority based on the number of years of continuous certified service with the government. The appointing authority shall give written notice to the Administrator of every proposed layoff a reasonable time before the effective date thereof, and the Administrator shall make orders relating thereto which he considers necessary to secure compliance with the rules. The name of every regular employee so laid off shall be placed on the appropriate reemployment list. Amended 3/5/68.

**Section 5.  Administrative Leave With Pay (ALWP).**

Administrative Leave With Pay may be used in the best interest of the City-Parish pending an investigation of an employee's conduct, when the employee should be removed from the workplace but there is not overwhelming evidence that the employee should be suspended or terminated immediately. The Appointing Authority may, prior to any disciplinary action being administered, grant ALWP in conjunction with an investigation. In this case, ALWP may be granted for a period not to exceed thirty (30) calendar days when circumstances develop that would warrant the removal of an employee from the department without disadvantage in order for the Appointing Authority or their designated representative to conduct an investigation concerning the conduct of the employee. The Appointing Authority may only grant administrative leave of this type with the approval of the Director of Human Resources.

If additional time is needed to complete the investigation, this period may be extended once up to an additional fifteen (15) calendar days at the discretion of the Appointing Authority and Director of Human Resources. During this allotted time the employee will be on leave without loss of pay and without charge to leave. Before the end of the allotted time period the employee may make a written request to the Appointing Authority and shall be allowed to utilize any available vacation and compensatory time they have accrued, pending a final determination. If no request is made the employee will be placed on Administrative Leave Without Pay at the end of the allotted time period, pending final determination.

Upon the completion of the investigation the appointing authority must notify the Director of Human Resources in writing within three (3) working days of the actions to be taken by the appointing authority including any and all disciplinary sanctions anticipated. Added P.B. 05/11/06; Council Res. #44925, 07/26/06.