## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**RHEA DAVIS**                                                      **CIVIL ACTION**

**VERSUS**

**BATON ROUGE CITY CONSTABLE'S
OFFICE**                                                 **NO.: 16-00297-BAJ-RLB**

### ORDER

**IT IS ORDERED** that the **Motion for Leave of Court to File a Motion for Summary Judgment (Doc. 10)** filed by the Baton Rouge Constable's Office ("Defendant') is **GRANTED**.

**IT IS FURTHER ORDERED** that the **Ex Parte Motion for Extension of Time to File Memorandum in Opposition (Doc. 11)** filed by Rhea Davis ("Plaintiff') is **GRANTED**. Plaintiff shall file any memorandum in opposition to Defendant's Motion for Summary Judgment (Doc. 9) on or before **Wednesday, April 5, 2017**.

**IT IS FURTHER ORDERED** that the **Motion for Expedited Hearing (Doc. 13)** filed by Plaintiff is **DENIED AS MOOT**.

Baton Rouge, Louisiana, this 30th day of March, 2017.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**