UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RHEA DAVIS** | **CIVIL ACTION** |
| **VERSUS** | |
| **BATON ROUGE CITY CONSTABLES OFFICE** | **NO.: 16-00297-BAJ-RLB** |

<u>**ORDER**</u>

**IT IS ORDERED** that the **Ex Parte Motion for Leave to File Opposition Memorandum to Defendant's Motion for Summary Judgment (Doc. 14)** filed by Plaintiff Rhea Davis is **GRANTED**.

Baton Rouge, Louisiana, this 12th day of April, 2017.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA