# In The Matter Of:

*Rhea Davis vs*
*Baton Rouge City Constable's Office*

---

*Travis Brooks*
*January 30, 2017*

---

*Associated Reporters, Inc.*
*201 St. Charles Avenue*
*Suite 4315*
*New Orleans, LA 70170*
*(504) 529-3355*

Original File 013017A.txt
Min-U-Script® with Word Index



Rhea Davis vs
Baton Rouge City Constable's Office

Travis Brooks
January 30, 2017

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2            MIDDLE DISTRICT OF LOUISIANA
 3
    CIVIL ACTION NO. 16-297-BAJ-RLB
 4
    MAG. JUDGE RICHARD L. BOURGEOIS, JR.
 5
 6  RHEA DAVIS,
         PLAINTIFF,
 7
    VERSUS
 8
    BATON ROUGE CITY CONSTABLE'S
 9  OFFICE,
         DEFENDANT.
10  * * * * * * * * * * * * * * * * * * * * *
11
12
13
14
15
16          Deposition of TRAVIS BROOKS, 233
17  St. Louis Street, Baton Rouge, Louisiana
18  70802, taken in the Office of the Parish
19  Attorney, 222 St. Louis Street, Room 902,
20  Baton Rouge, Louisiana 70802, on Monday,
21  the 30th day of January, 2017.
22
23
24
25
```

Page 2

```
 1  APPEARANCES:
 2
 3          FOR THE PLAINTIFF:
            G. KARL BERNARD & ASSOCIATES
 4          G. KARL BERNARD, ESQUIRE
            1615 POYDRAS STREET - SUITE 220
 5          NEW ORLEANS, LOUISIANA  70112
 6
 7          FOR THE DEFENDANT:
            OFFICE OF THE PARISH ATTORNEY
 8          MARSTON FOWLER, ESQUIRE
            PERSONNEL SECTION CHIEF
 9          222 ST. LOUIS STREET - ROOM 902
            BATON ROUGE, LOUISIANA  70802
10
11
    ALSO PRESENT:
12
13          RHEA DAVIS
14
    REPORTED BY:
15
16          ROBERT K. TUCKER
            CERTIFIED COURT REPORTER
17          STATE OF LOUISIANA
18
19          *    *    *    *    *
20
21
22
23
24
25
```

Page 3

```
 1                    INDEX
 2
 3  EXAMINATION BY:
 4
 5  MR. BERNARD                        5
 6  MR. FOWLER                        77
 7  EXHIBITS:
 8
 9  1 (PROMOTION MEMORANDUM)          76
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1   S T I P U L A T I O N
 2
 3  It is stipulated and agreed by and
 4  between counsel for the parties hereto that
 5  the deposition of the aforementioned
 6  witness is hereby being taken under the
 7  Federal Rules of Civil Procedure, for all
 8  purposes, in accordance with law;
 9  That the formalities of reading,
10  signing, sealing, certification, and filing
11  are specifically waived;
12  That all objections, save those as
13  to the form of the question and the
14  responsiveness of the answer, are hereby
15  reserved until such time as this
16  deposition, or any part thereof, may be
17  used or sought to be used in evidence.
18
19
20
21  ROBERT K. TUCKER, Certified Court
22  Reporter, in and for the Parish of Orleans,
23  State of Louisiana, officiated in
24  administering the oath to the witness.
25
```

Rhea Davis vs
Baton Rouge City Constable's Office

Travis Brooks
January 30, 2017

Page 5

1   TRAVIS BROOKS, who, after having
2   been first duly sworn, was examined and
3   testified as follows:
4       EXAMINATION BY MR. BERNARD:
5   Q.   Good afternoon almost, Mr.
6   Brooks.  My name is Karl Bernard.  I
7   represent Rhea Davis in a lawsuit that she
8   has against the Constable's Office.  Have
9   you ever taken a deposition before?
10  A.   I think so.
11  Q.   Okay.  So you may recall the
12  rules.  The hadn't changed in a hundred
13  years and it's the same today as it was
14  yesterday.
15      A deposition is a formal process
16  and it's also informal.  It's formal in the
17  sense that you took an oath, you gave an
18  oath swearing to tell the truth and the
19  whole truth.  And it's formal also because
20  everything I say and everything you say is
21  being recorded by the court reporter and it
22  will be -- could be used at a later
23  proceeding.  The deposition is informal in
24  the sense that there's no judge, no jury,
25  and thus you can take a break any time you

Page 6

1   want.  My only, I guess, pet peeve is that
2   if there's a question on the table, please
3   answer the question first and then we'll go
4   ahead and excuse for a break, or recess the
5   deposition for a break.
6       During this particular
7   deposition, as Marston mentioned, there
8   will be a tendency to nod your head and use
9   body language to respond to the questions
10  that I ask.  Try to avoid doing that
11  because it's very, very hard for the court
12  reporter to concentrate on what's being
13  said and also to try to record body
14  movement.  I know we live in south
15  Louisiana and we talk with our hands and
16  with our body, but in this particular
17  proceeding it's going to be very, very
18  important that you verbalize all of your
19  answers.  You understand that, sir?
20  A.   Yes, sir.
21  Q.   Okay.  Now, also, because the
22  deposition may -- I don't know how long the
23  position is going to take, but there's a
24  tendency -- there will be a tendency where
25  you try to anticipate my questions and I

Page 7

1   will try to anticipate -- I will anticipate
2   your answers, and that will cause us to
3   talk over one another, which makes it very
4   difficult for the court reporter to record
5   who's saying what at what time.
6       And so I'm going to ask you to
7   agree that before you answer the question,
8   you allow me to finish asking the question,
9   and I'll agree that before I ask another
10  question, I will allow you to finish your
11  answer.  You agree with that, sir?
12  A.   Yes, sir.
13  Q.   Okay.  Because you know your
14  business better than I do, I've never been
15  in the jail, I've never, walked one step in
16  a Constable's shoes, so I have no idea.
17  Everything I've learned about what you do
18  has come through situations or
19  circumstances like these.  So you'll know
20  better than I do about what you do, and
21  thus there will probably be a question or
22  two that I will ask that makes absolutely
23  no sense.  If that happens, I want you to
24  agree that you will stop me and ask me
25  either to rephrase or indicate that you

Page 8

1   don't understand the question or something
2   to that effect.  Will you agree to do that,
3   sir?
4   A.   Yes, sir.
5   Q.   Okay.  Now, if I ask you a
6   question that you do understand, you agree
7   that your answer will be complete and
8   truthful to the best of your ability?
9   A.   Yes, sir.
10  Q.   Okay.  Now, so that this
11  deposition doesn't take any longer than it
12  should be, should take, I'm going to ask
13  you to confine your answers to the question
14  that I'm asking.  In other words, if I ask
15  you what's your name, I don't want you to
16  say my nickname is this and the guys around
17  the corner call me this.  Just your name,
18  my name is Travis Brooks, and we'll move
19  on.  Because there will be -- I know that's
20  a simplistic analogy, but there may be
21  times when you want to elaborate on some
22  things.
23      Now, doesn't mean you can't, but
24  try to answer my question first and if the
25  question requires an explanation, you can

Page 9

1  explain your answer after the question is
2  asked.  Will you agree to do that, sir?
3  A.  Yes, sir.
4  Q.  Okay.  As you know, in America,
5  we don't take the law into our own hands.
6  If there's a dispute that can't be
7  resolved, we do things like this.  Every
8  citizen has a right to file a lawsuit and
9  Rhea Davis has done so in this particular
10  situation.  You don't hold that against her
11  for exercising her right as a citizen of
12  this great country?
13  A.  No, sir.
14  Q.  Okay.  And other than your
15  integrity, the only mechanism that is
16  available to encourage you to tell the
17  truth is a charge of perjury.  Do you know
18  what perjury is, sir?
19  A.  Yes, sir.
20  Q.  What is that?
21  A.  Where you lie in court.
22  Q.  Under oath?
23  A.  Yes.
24  Q.  In a judicial proceeding.
25  That's right.  But do your best to tell the

Page 10

1  truth.  Any questions for me?
2  A.  No, sir.
3  Q.  Well, the deposition will
4  proceed as follows:  I'm going to ask you
5  some personal questions, shouldn't be too
6  intrusive, about your background, where
7  you're from, how old are you, married,
8  children, and move into your educational
9  background, and then your snapshot of your
10  employment history, and then we'll talk
11  about issues that are germane to the case
12  at hand, okay?
13  A.  Yes, sir.
14  Q.  And like I say, I can't predict,
15  Marston predicted the last deposition would
16  last an hour and it didn't.  So I won't
17  make any predictions.  But we're going to
18  move quickly, as judiciously as possible.
19  How about that.
20      Would you please state and spell
21  your name for the record?
22  A.  Travis Brooks, T-R-A-V-I-S,
23  B-R-O-O-K-S.
24  Q.  Okay.  Are you taking any
25  medication that would impede your ability

Page 11

1  to understand my questions or to give
2  truthful answers?
3  A.  No, sir.
4  Q.  All right.  What is your home
5  address?
6  A.  2045 North Third Street.
7  Q.  And how long have you lived at
8  that particular address?
9  A.  Probably about seven months.
10  Q.  Seven months.  What was your
11  prior address?
12  A.  Let's see.
13  Q.  Just city.
14  A.  10306 West Winston, Unit 8.  It
15  was a condo I owned.
16  Q.  Okay.  And how long did you live
17  at that particular address?
18  A.  A year.
19  Q.  And that's in Baton Rouge,
20  Louisiana?
21  A.  Yes.
22  Q.  Okay.  All right.  Are you
23  married, Mr. Brooks?
24  A.  Engaged.
25  Q.  Engaged?  Okay.  And have any

Page 12

1  children?
2  A.  Yes.
3  Q.  Okay.  How many?
4  A.  Three sons.
5  Q.  Three sons?  How old are they?
6  A.  21 -- well, 22, 20 and, what's
7  today?  Oh, five, one makes six on the
8  first.
9  Q.  Okay.  And have you been married
10  before?
11  A.  Years ago briefly.
12  Q.  Okay.  All right.  And when did
13  you divorce or get an annulment?
14  A.  It was divorce -- it's probably
15  been over ten years.  I can't remember
16  exactly, but it's been well over ten years.
17  Q.  Okay.  Here in Baton Rouge?
18  Were you married here in Baton Rouge,
19  Louisiana?
20  A.  Yes.
21  Q.  Okay.  All right.
22      Have you ever been arrested
23  before?
24  A.  No, sir.
25  Q.  All right.  Ever been convicted

Page 13

1  of a crime?
2  A.  No, sir.
3  Q.  All right.  Have you ever filed
4  a lawsuit against anyone?
5  A.  No, sir.
6  Q.  Have you ever been sued before?
7  A.  No, sir.
8  Q.  Have you ever taken -- I think
9  I've asked you these questions -- ever
10  taken a deposition?
11  A.  Yes.
12  Q.  Okay.  And what was the most
13  recent deposition that you've given?
14  A.  It was given with another
15  lawsuit with the office.
16  Q.  With the office?
17  A.  Yeah.
18  Q.  Okay.  I saw you pointed.
19  A.  Because the office is across the
20  street.
21  Q.  I got you.  I got you.
22    And what were you being deposed
23  for in that particular lawsuit?
24  A.  I think theirs was Terrica
25  Williams.

Page 14

1  Q.  Tereka Williams?
2  A.  Yes.
3  Q.  You were deposed?
4  A.  I said deposed.  I think it was
5  you and it was in a room like this and the
6  only thing -- well, if they have
7  depositions without a court reporter.
8  Q.  Okay.
9  A.  It was being recorded.  We were
10  in the room over here.  If it wasn't you,
11  it was somebody else.
12  Q.  Okay.
13  A.  You-all resemble each other,
14  though.
15    MR. FOWLER:
16    No.
17    THE WITNESS:
18    No.  We were in the room here.
19    MR. FOWLER:
20    In the front conference room?
21    THE WITNESS:
22    No.  They asked me questions
23  about it, I guess it was --
24    EXAMINATION BY MR. BERNARD:
25  Q.  Would it be the EEOC

Page 15

1  investigator?
2  A.  That's what it was.  That's what
3  I think it was.
4    MR. FOWLER:
5    Okay.
6    THE WITNESS:
7    Yeah.
8    EXAMINATION BY MR. BERNARD:
9  Q.  So he's good looking, too?
10    MR. FOWLER:
11    Was I there?
12    MR. BERNARD:
13    More importantly, is he good
14  looking, too?
15    THE WITNESS:
16    Sorry I got that confused.
17    EXAMINATION BY MR. BERNARD:
18  Q.  Okay.  How'd you find out about
19  this particular deposition?
20  A.  Basically when I was served.
21  Q.  Okay.  And what did you do to
22  prepare for the deposition?
23  A.  Just my known knowledge.
24  Q.  Did you review any notes?
25  A.  No, sir.

Page 16

1  Q.  Any documents?
2  A.  No, sir.
3  Q.  Did you talk to anybody?
4  A.  No, sir.
5  Q.  Let's talk a little bit about
6  your educational background.  Just give me
7  a synopsis of your educational background
8  from high school on up.
9  A.  I graduated from Tara High
10  School.
11  Q.  What year was that?
12  A.  '94.
13  Q.  And any post degrees, post high
14  school degrees?
15  A.  Well, no.
16  Q.  Did you attend college at all?
17  A.  No.
18  Q.  Okay.  All right.
19    Do you belong to any
20  professional associations?
21  A.  I think it expired.  I was
22  NOBLE, National Organization of Black Law
23  Enforcement officers.
24  Q.  Okay.
25  A.  And you said organizations?

Rhea Davis vs
Baton Rouge City Constable's Office

Travis Brooks
January 30, 2017

Page 17

1   Q.   Yeah, professional organizations
2   dealing with your work.
3   A.   Yeah.  NOBLE was about the only
4   one.
5   Q.   And you mentioned your
6   membership has expired?
7   A.   Yeah, because I did it for a
8   year but I was so busy at work it was hard
9   to get to a lot of the obligations, so --
10  and it started a year from December.  You
11  have to register every year.
12  Q.   So December 14th, December 2014
13  was when you registered and became a member
14  of NOBLE?
15  A.   Yes.  2015.
16  Q.   2015?
17  A.   Yeah, and it expired in 2016.
18  Q.   Right.  What's the name of your
19  current employer?
20  A.   Baton Rouge City Constable's
21  Office.
22  Q.   And when did you begin working
23  for the City Constable's Office?
24  A.   You say when?
25  Q.   When?

Page 18

1   A.   You mean start date?
2   Q.   Start date, yes, sir.
3   A.   Officially, and I say
4   officially, I want to say, October of -- is
5   it '05?  I was a reserve deputy for three
6   years before that.  That's why I say
7   officially.  I was working with the office,
8   but I had a reserve capacity.
9   Q.   Okay.  So officially you began
10  working for the Constable's Office in
11  October of '05?
12  A.   Yes.
13  Q.   And you mentioned that prior to
14  that, you were in a reserve capacity?
15  A.   Yes.
16  Q.   Okay.  What is a reserve
17  capacity?  What does that mean?
18  A.   Basically, we take -- we go
19  through a full training.  Well, I want to
20  say a partial training.  It's not the full
21  post course, but a -- I guess whatever
22  would make the qualifications of a reserve
23  deputy, and basically we do a lot of
24  volunteer hours.  But along with those
25  volunteer hours, after a certain amount of

Page 19

1   volunteer hours, you're allowed to work
2   paid hours as far as extra duty detail.
3   But other than that, you volunteer anything
4   you wanted from community service work to
5   actually working warrants.  I did a lot of
6   volunteer time.
7   Q.   Now, I don't know anything about
8   this particular area of the Constable's
9   business.  The Constable's department, the
10  Reserve.
11  A.   Uh-huh (Affirmative Response).
12  Q.   Is that a recruiting tool to
13  bring folks, find out if the nonemployee
14  wants to become an employee of the
15  Constable's Office?
16  A.   I'm not sure.
17  Q.   Okay.  How did you get involved
18  with the Reserves?
19  A.   I actually had a friend that was
20  working as a reserve.
21  Q.   And so why did you get involved
22  as a reserve?
23  A.   Actually I got involved because
24  I wanted to be on full-time.  I wanted to
25  get in law enforcement and I wanted to be a

Page 20

1   full-time deputy.
2   Q.   Okay.  And so in order to become
3   a full-time deputy, you were -- who told
4   you that the best or a way to become a
5   full-time deputy is to go through the
6   Reserves?
7   A.   No one really told me there was
8   a way.
9   Q.   Okay.
10  A.   There are multiple options as
11  far as being a full-time deputy.  You can
12  come from another agency.  You can be in
13  the military.  Once I found out, I mean,
14  and the requirements weren't -- I'm not
15  going to say as strenuous, but the
16  requirements are a little different from a
17  full-time -- from a full-time aspect.  But
18  other than that, that's the direction I
19  chose.
20  Q.   Okay.  And describe the Reserve
21  program.  What is that?  Just what is it
22  all about?
23  A.   Basically, you have the powers
24  of a full-time deputy.
25  Q.   You have the what?

Page 21

1 A.  You have all of the powers of a
2 full-time deputy, arresting powers, but
3 you're not on the Constable's payroll.
4 Most of your hours are volunteer time.
5 Q.  Okay.
6 A.  But most of the Reserves deal
7 with a lot of the, like, holiday helpers
8 and, you know, functions like that in which
9 I want to say community service type
10 functions, back to school events and stuff
11 like that.  But you can also come in
12 afternoon volunteer time at the office,
13 like if they're shorthanded or whatever the
14 case.  And in my direction, I did a lot of
15 volunteer time as a reservist doing the --
16 doing the community service stuff, but I
17 also came into the office and worked, like,
18 because regardless of you doing this, most
19 of it's volunteer, you still have a
20 full-time job, 90 percent of the people --
21 there's no one that -- I'm not going to say
22 there's no one, I guess you could be in a
23 retired status and work it but you still
24 have a full-time job when you're doing it.
25 Q.  Okay.  And so would it be a

Page 22

1 correct characterization to state that you
2 wanted to be in law enforcement; is that
3 accurate?
4 A.  Yeah.
5 Q.  And you wanted to work for the
6 Constable's Office; is that accurate?
7 A.  Yeah.
8 Q.  Okay.  And you thought the best
9 route to maintain your full-time job and
10 get along with the constable was to enter
11 the Reserve program; is that accurate?
12 A.  Yes.
13 Q.  And the Reserve program is
14 basically a volunteer program?
15 A.  Uh-huh (Affirmative Response).
16 Yes, sir.
17 Q.  Where you volunteer your time to
18 work during hours outside of your full-time
19 job?
20 A.  Yes.  Well, they can be within,
21 too, because there's times when I've
22 actually taken vacation from my full-time
23 job to volunteer 'cause 90 percent of the
24 Constable's Office business at the
25 courthouse is done during business hours.

Page 23

1 Q.  Now, you mentioned you had the
2 full power of a deputy.
3 A.  Yeah.
4 Q.  How does that work?
5 A.  Because you go through the
6 training.  You go through -- how should I
7 put this.  You go through enough training
8 to where you're classified as a full-time
9 deputy but without the pay.
10 Q.  Okay.  Describe the training
11 process for a reserve person.
12 A.  Well, at the time we were -- we
13 went to Baker.  Baker put on a reserve
14 academy for our office and basically we
15 went twice a week every week for, I'm going
16 to say eight to ten months, generally, on
17 like a Tuesday and Thursday.  And you had a
18 person, a certified instructor that
19 basically instructed a class, then took us
20 through whether it be so many hours of DT.
21 Q.  Of what?
22 A.  Defense tactics.
23 Q.  Okay.
24 A.  Or legal as far as -- everything
25 that you would go through in a full

Page 24

1 capacity course, someone did it on a
2 reserve level.  And we were certified in
3 each one of them after we took so many
4 hours.  And they saw deemed that we can
5 do -- we took a test afterwards.  Once we
6 passed that test, then we were deemed, you
7 know, we went to the next level.
8 Q.  And what was the next level?
9 A.  Well, I'm just saying each step.
10 Like we did legal so many weeks.  We did, I
11 guess, on a civil aspect of learning
12 office, but not too much in detail.
13     We did -- because it's been a
14 long time.  Because it's been over 13
15 years.
16 Q.  Right.
17 A.  Like I say, defense tactics,
18 handcuffing, just every aspect of.  And
19 each time we went through and someone
20 trained us, we took a test at the end, we
21 got a certification at the end until the
22 full academy was over with.  Like we got
23 certified in the -- just like we would
24 full-time.  So just basically on the aspect
25 of we were full-time, but I guess each,

Rhea Davis vs
Baton Rouge City Constable's Office

Travis Brooks
January 30, 2017

Page 25

1  each session, I guess you got maximal hours
2  you could learn and become, which we would
3  do full-time and I guess you would have
4  minimum hours where you could be certified.
5  I'm just guessing we did the minimum hours
6  to be certified for the reserve academy.
7  Q.  Okay.  All right.  Now, after
8  you received the certification in the
9  various areas that you described, I think
10  you said defense tactics, handcuffing.
11  A.  Uh-huh (Affirmative Response).
12  Every aspect that we did -- I'm sorry.
13  Every aspect that you would do for
14  full-time, you did on the reserve level,
15  also.  It's just --
16  Q.  It's just spread out over a long
17  period of time?
18  A.  Yeah, over a long period of
19  time, because it's not -- we would go to a
20  full-time academy.  Our full-time academy
21  is 13 weeks, Monday through Friday.  It's
22  every Tuesday and Thursday.
23  Q.  Right.
24  A.  And then some days, you know, if
25  something happened with the instructor and

Page 26

1  they couldn't come, they would cancel it.
2  Q.  Okay.
3  A.  Because I think our class went a
4  little longer because they cancelled a few
5  things and we had to come back.
6  Q.  Okay.  Now, after you completed
7  the training period as a reserve officer,
8  you indicated that you were -- you had the
9  full power, authority as a normal -- as an
10  employee of the constable's office?
11  A.  Yeah.  You have a whole -- I
12  guess you get sworn in.  You have the
13  whole -- I don't know the terminology for
14  it.  I guess like a little graduation,
15  whatever.
16  Q.  Right.
17  A.  And you become a full-time
18  officer.  But basically you volunteer your
19  time.  And even once you got to that point
20  of becoming a full-time officer, they
21  didn't just say, okay, go do whatever.  You
22  had to shadow someone and work with someone
23  for a certain timeframe.
24  Q.  Okay.
25  A.  Until you are deemed okay to do

Page 27

1  whatever on yourself.
2  Q.  Okay.
3  A.  By yourself.
4  Q.  And you're saying this is as a
5  reserve officer?
6  A.  Yes.
7  Q.  Okay.  All right.  And so when
8  did you enlist, for lack of a better term,
9  as a reserve officer with the constable?
10  A.  Oh, let's see.  Probably '02,
11  '03.
12  Q.  And when did you complete your
13  training as a reserve officer?
14  A.  Oh, those -- when I initially
15  enlist, those, probably the first, I'm
16  going say six to ten months.
17  Q.  Okay.  All right.  So if you
18  enlisted in '02, you remember the month
19  that you possibly started?
20  A.  I'm not going to even lie to
21  you.
22  Q.  Okay.  All right.  Now, that's a
23  big disparity, six to ten months.  Is it
24  closer to ten months than six?
25  A.  The reason why I say six to ten

Page 28

1  months, because we go off of whatever
2  instructor was giving the class.  At the
3  time it was Baker, they was giving a
4  reserve training academy, so if an
5  instructor couldn't make it because he
6  had -- the instructors are also officers or
7  deputies of different agencies, so if they
8  have something to where they couldn't make
9  it, then they'll cancel class.
10  Q.  Okay.
11  A.  And we had times where class was
12  cancelled and that's why I say six to ten
13  months, because it started out at six,
14  six-month period, supposedly, total, but I
15  think we went almost a year.
16  Q.  Okay.  All right.  Now, after
17  your training were you allowed to act as a,
18  quote unquote, deputy, a reserve deputy
19  prior to completing your training?
20  A.  Yes, but with restrictions.
21  Q.  Okay.
22  A.  You volunteer time, but you
23  always -- especially coming straight out,
24  you always volunteered with someone.
25  Q.  Okay.

Page 29

1 A.  And if, like if you worked at
2 the courthouse or you worked anywhere else,
3 you always worked with someone until that,
4 and it was always a full-time deputy until
5 they had -- until they saw that you had the
6 knowledge and the know-how to be able to do
7 what you need to do on your own, you always
8 worked with someone for a certain
9 timeframe.
10 Q.  Okay.
11 A.  As a matter of fact, before we
12 was even allowed to even work on our own or
13 work on a paid detail capacity, they had
14 a -- so many hours you had to put in and it
15 was hundreds, like eight to nine hundred
16 hours, something like that.
17 Q.  Okay.  All right.  Now, how long
18 were you -- you indicated that you enlisted
19 or enrolled in '02 and '03.
20 A.  Yes.
21 Q.  How long were you a deputy prior
22 to becoming -- how long were you a reserve
23 officer prior to becoming a full-time
24 deputy?
25 A.  My dates might be off, but I'm

Page 30

1 going to recall maybe close to three years.
2 Q.  Three years.
3 A.  Uh-huh (Affirmative Response).
4 Q.  So now when you gave the date
5 that you started working for the
6 Constable's Office in October of '05 --
7 A.  That's the initial start date.
8 That's October 2nd or 3rd of '05, I think.
9 Q.  When you became --
10 A.  No, '06.  I'm sorry.  I made ten
11 years last year.
12 Q.  So that's when you became a
13 what?
14 A.  A full-time deputy.
15 Q.  Full-time deputy.  And prior to
16 that, you were a reserve officer?
17 A.  Yes.
18 Q.  And so is it accurate to state
19 that '02, '03 through October '06 you were
20 a reserve officer?
21 A.  Yes.
22 Q.  All right.  Now, as a reserve
23 officer, are you assigned to a particular
24 department within the Constable's Office or
25 do you float from department to department,

Page 31

1 volunteer?
2 A.  You can work anywhere.  As long
3 as you volunteer your time.  But you have
4 to have that knowledge of that department,
5 so, I mean, it's not like -- like if I'm a
6 reserve officer and I've worked in the jail
7 before and I know the jail but then I try
8 to come and work in another department that
9 I hadn't worked in, it's not like they're
10 just going to let you work in it.  You need
11 to learn that knowledge before you work in
12 the department.
13 Q.  And you're learning that
14 knowledge while you're still in training?
15 A.  Yeah.
16 Q.  So it's kind of a hands-on --
17 A.  Yes.
18 Q.  -- type thing where you're being
19 trained?
20 A.  Uh-huh (Affirmative Response).
21 Q.  But you're actually working at
22 the same time you're receiving the
23 training?
24 A.  Uh-huh (Affirmative Response).
25 Yes.

Page 32

1 Q.  Okay.  Okay.  Now, while you
2 were working as a reserve officer, what
3 departments did you work in?
4 A.  The jail, front door security.
5 I think I worked in every division
6 basically.
7 Q.  Well, what are the divisions?
8 A.  The front door security, the
9 jail and judicial enforcement.
10 Q.  So there are three divisions?
11 A.  Yeah.
12 Q.  And you worked in each one of
13 them, each division as a reserve officer?
14 A.  Yes.
15 Q.  Okay.  How long did you work in
16 the jail?
17 A.  Well, there wasn't a particular
18 timeframe.  Each time you worked, each time
19 you came in, once you gained the knowledge
20 of each one, whoever needed the help, you
21 would actually go to first.
22 Q.  Okay.
23 A.  You don't just go and just say,
24 hey, you can try and say, hey, I want to
25 work the jail today, but if front door

Rhea Davis vs
Baton Rouge City Constable's Office

Travis Brooks
January 30, 2017

Page 33

1    security is shorthanded, you're going to go
2    to front door security or judicial
3    enforcement is shorthanded.  Now, if
4    everybody's up to par as far as staffing,
5    then you sort of go where you want to go
6    pending the supervisor's approval.
7    Q.   Okay.  Okay.  Did you -- you
8    mentioned front door security.  Which
9    department did you spend the most time in,
10   front door security, judicial enforcement
11   or the jail?
12   A.   The jail.
13   Q.   The jail?  And how much time did
14   you spend -- I mean, collectively, sounds
15   like you were kind of moving from
16   department to department over this, say,
17   three-year period.
18   A.   Uh-huh (Affirmative Response).
19   Q.   About how much time do you think
20   collectively did you spend in the jail?
21   A.   Probably about a year and a
22   half, because they were the most
23   shorthanded.
24   Q.   Okay.
25   A.   They were actually shorthanded

Page 34

1    when I started full-time.
2    Q.   So who was the jail sergeant at
3    the time?
4    A.   Randy Canova, C-A-N-O-V-A.
5    Q.   Okay.  What about front door
6    security, how much time you think you spent
7    there?
8    A.   Collectively, it's kind of safe
9    to say almost the same, because you can
10   go -- I don't go to the jail five days a
11   week.  It might be a day where I go three
12   days this week in the jail and then two in
13   front door security.
14   Q.   Okay.
15   A.   Or something like that.
16   Q.   Okay.  And what about judicial
17   enforcement?
18   A.   I spent the least amount in
19   judicial enforcement.
20   Q.   Okay.  All right.  Now, when you
21   were a reserve officer and you were
22   volunteering your time in the jail and at
23   front door security and judicial
24   enforcement, you were learning the
25   position; is that accurate?

Page 35

1    A.   Yes.  But, I mean, you don't
2    learn it the whole time.  Once you grasp
3    it, then you have people that have approval
4    to say I knew this, when I learned it.
5    Q.   Now, when you were in judicial
6    enforcement, you said that was the least
7    amount -- that was the department you spent
8    the least amount of time in.
9    A.   Uh-huh (Affirmative Response).
10   Q.   How long did it take you to
11   learn what to do in judicial enforcement?
12   A.   Well, serving the papers is
13   fairly simple, but then it's the side of,
14   you know, the service returns, getting the
15   stuff from the Court, taking it back to the
16   Court.  That's what we learned the least
17   amount of because basically when we came in
18   we just kind of rolled with the civil
19   deputy, watched what he did.  We couldn't
20   sign the papers because it was his job.
21        But, you know, we kind of
22   learned what to do in an eviction, how to
23   serve an eviction, how to serve particular
24   civil papers, stuff like that.
25   Q.   And okay.  And how long did that

Page 36

1    learning process take?  I mean, if you had
2    to quantify, say, 50 percent learning, 50
3    percent I knew what I was doing, I was able
4    to kind of work it on my own, or 20 percent
5    learning, 80 percent working on my own, how
6    long did it take you?
7    A.   It's fairly simple, so I would
8    say 20 percent.  But that's gauged on the
9    individual.
10   Q.   Right.  But I'm speaking with
11   you, Mr. Brooks.
12   A.   It didn't take me long because
13   it was fairly simple.
14   Q.   What about front door security?
15   A.   Same thing.
16   Q.   Uh-huh (Affirmative Response).
17   A.   Talking about percentage-wise?
18   Q.   Yeah.
19   A.   Same thing.  It didn't take
20   long.
21   Q.   Didn't take long?
22   A.   No.
23   Q.   What about in the jail?
24   A.   Same thing, it didn't take long.
25   Q.   Okay.  Okay.  And so how long do

Page 37

1   you think it took you to learn the various
2   aspects of running the jail or working in
3   the jail?
4   A.   On average, even when we're
5   training an individual, the average person
6   takes about a week to learn different
7   aspects to get it down pat.
8   Q.   Right.
9   A.   So -- so maybe -- maybe within a
10  month's time.
11  Q.   Right.  Because you were working
12  maybe a couple days one week?
13  A.   Uh-huh (Affirmative Response).
14  Q.   And three days the next week and
15  maybe one day the following week?
16  A.   Exactly.  And there could be a
17  week that I didn't work any days, because I
18  have to come in after I leave my other job.
19  Q.   Okay. All right.  Okay.  Now,
20  after you became a full-time deputy in
21  October of '06, what department did you
22  work in?
23  A.   The jail.
24  Q.   The jail?
25  A.   Uh-huh (Affirmative Response).

Page 38

1   Q.   Okay.  And you worked in the
2   jail from '06, October '06 to what, to
3   when?
4   A.   I can't give you specific dates
5   because I can't remember.  But it was
6   roughly, roughly, a little over a year.
7   Q.   A little over a year.
8       And what was your title or your
9   position when you worked in the jail?
10  A.   Deputy.
11  Q.   Deputy?  What responsibility did
12  you have as a deputy while working in the
13  jail?
14  A.   Taking people in off the
15  streets, booking them.  I mean, we can get
16  real technical as far as -- I mean, well,
17  intake of the people from off the streets,
18  intake of individuals that will be arrested
19  from the courtroom status, fingerprinting
20  them.
21  Q.   Let me ask you this just for
22  clarification so I can understand.
23      What are the various duties and
24  responsibilities that a deputy or rather
25  sergeant, like I think you're a sergeant of

Page 39

1   the jail now?
2   A.   Uh-huh (Affirmative Response).
3   Q.   That you're required to oversee
4   as a jail sergeant?  What are all the
5   things that you guys do in the jail?
6   A.   Okay.  We take any -- any
7   individual that's arrested from any
8   different agency off the street within the
9   timeframe of which the jail is open, which
10  is from seven a.m. to three p.m.
11  Q.   Uh-huh (Affirmative Response).
12  A.   Also if an individual's in court
13  and a judge remands them, we actually have
14  to process that individual, also, and when
15  I mean process, take them in, pat them down
16  to make sure they don't have any type of
17  weapons or anything on them, take their
18  property, package and seal their property,
19  do our booking paperwork basically and then
20  we put them in the cell.  We AFIS them.
21  Q.   Say again.
22  A.   AFIS, meaning fingerprint, put
23  them in the identification system.
24  Q.   Okay.
25  A.   And one of -- a couple things

Page 40

1   can happen:  Either they can bond out from
2   us, which we bond them out at the
3   courthouse, or they can go, we transport
4   them to parish prison.  And also let's see.
5   We take the inmate, we pick up inmates on a
6   daily basis that are scheduled for court,
7   bring them back and forth to court, also.
8   Q.   Okay.  Now, I have here, you've
9   got you take individuals that are arrested
10  by other agencies?
11  A.   Yeah.  Including our agency.
12  Q.   Including your agency.
13  A.   Uh-huh (Affirmative Response).
14  Q.   And place them in the jail?
15  A.   Uh-huh (Affirmative Response).
16  Q.   I also have here that you deal
17  with remanded individuals where a judge may
18  remand an individual?
19  A.   Yes, sir.
20  Q.   And you have to process them?
21  A.   Yes, sir.
22  Q.   Which is fingerprinting them,
23  checking them for property, pat downs and
24  that type of thing?
25  A.   Yes, sir.

Page 41

1  Q.   And you also deal with bonding?
2  A.   Yes, sir.
3  Q.   You also -- you also transport
4  prisoners back and forth?
5  A.   Yes, sir, that are scheduled for
6  court.
7  Q.   That are scheduled for court.
8  You have transporting them back and forth
9  from the jail to the court?
10 A.   To the courthouse and to
11 whatever courtroom that they have to -- for
12 the judge that day.
13 Q.   Are there any other duties and
14 responsibilities with the jail?
15 A.   With the jail?  Well, we get a
16 lot of calls.  As a sergeant, we get a lot
17 of calls from -- requests from judges to
18 actually go pick up individuals that we
19 have, we get a lot of calls from loved ones
20 trying to find out and you kind of have to
21 actually deal with that as far as either
22 forwarding them to the right department or
23 trying to assist them the best you can.  So
24 we get a lot of that, also.
25 Q.   So you answer questions and

Page 42

1  concerns from the judges and also from the
2  public?
3  A.   Uh-huh (Affirmative Response).
4  Okay.  And, also, we run the control, the
5  centralized control room that's in the
6  courthouse, which monitors all the cameras.
7  At any given time we can actually be
8  monitoring the radio in which the
9  constables are dispatched out as far as to
10 go do evictions or if someone's actually
11 out serving a warrant or something, we
12 actually -- the sergeant does that, too,
13 from time to time.  Because we have an
14 individual that works the radio but I can
15 tell you over the past week or so, like if
16 she's out or whatever, we assume that
17 responsibility, also.  So we multitask on
18 the whole different level.
19 Q.   Okay.  Is that everything,
20 basically, everything that you guys do?
21 A.   For the most part.
22 Q.   Okay.  Now, my question is this:
23 When you became a full-time deputy --
24 A.   Uh-huh (Affirmative Response).
25 Q.   -- from a reserve officer, did

Page 43

1  you know how to perform all of these
2  duties?
3  A.   Yes.
4  Q.   Okay.  All right.  And so you
5  didn't require any more training once you
6  became a full-time deputy?
7  A.   I'm going to put it like this.
8  To knock the rust off because I didn't do
9  it on an everyday basis as opposed to most
10 of what the people have done.
11 Q.   Okay.
12 A.   And I wasn't -- like as far as
13 AFIS, I wasn't in the AFIS system, so I had
14 to be put in the AFIS system.  I've AFIS'd
15 before as a reserve deputy, but that was
16 assisting other people under their, I
17 guess, identification or whatever.
18 Q.   And so after you became a
19 reserve officer, I think your testimony was
20 you were deployed or with the jail for
21 about a year?
22 A.   Uh-huh (Affirmative Response).
23 Everyone starts in the jail.
24 Q.   Everyone starts in the jail.
25 A.   Well, or, to my knowledge,

Page 44

1  everybody -- that's the direction that when
2  I first started and up until today, they
3  supposedly start in the jail.
4  Q.   Okay.  I'll leave that alone.
5  You say supposedly, so okay.
6      Now, after you served your time
7  with the jail, where did you go?
8  A.   Front door security.  Actually I
9  did a certain timeframe, went to the
10 training academy, got post certified,
11 because I wasn't post certified when I
12 initially started.  Once I became post
13 certified, I went to front door security
14 and I started being a bailiff for a judge.
15 Q.   So in order to be a bailiff, you
16 have to be post certified?
17 A.   No.  Just in order to be a
18 full-time deputy, you have to be post
19 certified.  You can work in the jail --
20 Q.   Okay.
21 A.   -- to a degree without being --
22 I was certified as a -- as a reserve
23 deputy, but I had to be -- go to the post
24 training academy, be certified as a
25 full-time deputy.

Page 45

1  Q.  And when did you do that?
2  A.  I worked in the -- that's why I
3  say a little bit more than a year.
4  Probably about -- probably about eight
5  months, I worked there eight months, and
6  then I went to the training academy,
7  because they have to have spaces in the
8  training academy for you to go to.
9  Q.  And how long is the post
10  training?
11  A.  13 weeks.  Only 12, but we did
12  an extra week of corrections to be
13  certified in corrections, also.
14  Q.  Okay.  So is it correct to say
15  that once you became a full-time deputy in
16  October '06, you worked in the jail for
17  eight months?
18  A.  Uh-huh (Affirmative Response).
19  Q.  And then you went to the post
20  training academy?
21  A.  Uh-huh (Affirmative Response).
22  Q.  For about 13 weeks?
23  A.  Uh-huh (Affirmative Response).
24  Q.  And after that, you became --
25  you started working for front door

Page 46

1  security?
2  A.  Uh-huh (Affirmative Response).
3  Q.  Okay.  And how long did you stay
4  in that particular capacity?
5  A.  Some years.  Up until I got
6  promoted to jail sergeant.
7  Q.  Okay.  So when did you -- when
8  were you promoted to jail sergeant?
9  A.  It's been, roughly, about two
10  years ago.
11  Q.  So 2014, year 2014?
12  A.  I guess I'll say yeah.  About
13  the beginning of the year.
14  Q.  So the beginning of 2014.  All
15  right.
16     So if in fact you were -- you
17  worked as a -- you became a full-time
18  deputy in '06, October of '06 and you
19  worked for eight months, thereabout, let's
20  see, November, December, January, February,
21  March, April, May, June, and so in June or
22  so, you -- June of '07 --
23  A.  Uh-huh (Affirmative Response).
24  Q.  -- you enrolled in the post
25  academy training to get your post

Page 47

1  certification?
2  A.  Yes, sir.
3  Q.  And that was about a month and a
4  half.  Or no, that's more like three
5  months.  You said 13 weeks.
6  A.  Yes.  Yes.
7  Q.  So you got June, you got July,
8  you got August of '07.  Would it be correct
9  to state that from August, say, September
10  '07 until early 2014, you were at the front
11  door security?
12  A.  No.  I came back and worked in
13  the jail for maybe about a month or two,
14  and then they switched me to front door
15  security.
16  Q.  Okay.  So after you got your
17  post certification?
18  A.  Yeah.  I still came back and
19  worked in the jail.
20  Q.  Okay.
21  A.  But then they switched me to
22  front door security.
23  Q.  So you -- so would it be a
24  correct statement to make that after you
25  got your post certification, say, in

Page 48

1  August, September, you know, we don't know
2  exactly --
3  A.  Uh-huh (Affirmative Response).
4  Q.  -- that you worked for a couple
5  more months?  That would put you at
6  October, November, say the end of the year.
7  A.  Uh-huh (Affirmative Response).
8  Q.  And then from, say, December '07
9  through early 2014, you worked front door
10  security?
11  A.  Yes.
12  Q.  Okay.  Now, when you were a
13  front door security during that entire
14  timeframe, did you happen to work in the
15  jail at any time during that seven-year
16  period?
17  A.  When they're shorthanded, I have
18  been asked to come and assist in sitting in
19  the control room while someone do
20  something, take an individual to court, as
21  far as the inmate or someone that was
22  arrested.
23  Q.  Okay.  So would it be a correct
24  characterization to say that any time that
25  you spent in the jail from '07 to 2014 was

Page 49

1   basically to fill in for an absent deputy
2   or when the personnel was short?
3   A.   Uh-huh (Affirmative Response).
4   Q.   Okay.
5   A.   Yes.  90 percent of the time,
6   when you work for their office, even though
7   you're in a particular division, if they're
8   shorthanded in another division, you can
9   shift around.  The only division that
10  doesn't do too much shifting is maybe
11  civil.
12  Q.   Okay.
13  A.   Because of the being specific in
14  knowing how to serve the papers and on the
15  Court, on the back end with the papers.
16  But other than that, I mean, anyone that
17  works in court doing security should be
18  able to work in the jail.  I'm not going to
19  say about the jail working courtroom
20  security, because you would have to work
21  under the judges and know.  But you start
22  from the jail, so you should be all --  you
23  should always be able to revert back to the
24  jail if you need be.
25  Q.   Okay.  Now, you mentioned that

Page 50

1   you became a bailiff at some point in time.
2   A.   Yes, sir.
3   Q.   When did you become a bailiff?
4   A.   After those couple of months of
5   working in the jail.  When I started in
6   front door security, I also started as the
7   bailiff.
8   Q.   Okay.  So you did both?
9   A.   Yeah.
10  Q.   Okay.
11  A.   It's a combination of both.  You
12  only have maybe two individuals that are
13  basically at the front door the majority of
14  the day, two, three at the most.  Other
15  than that, everybody else that's at front
16  door security has a specific judge that
17  they're assigned to.
18  Q.   And which judge were you
19  assigned to?
20  A.   Susan Ponder.
21        And even though you're assigned
22  to a judge, you can work for all of them.
23  I have worked for all the judges.
24  Q.   All right.  Now, during your
25  time as a front door security slash

Page 51

1   bailiff, what was your job title?
2   A.   For so many years, deputy, and
3   then I became a corporal.
4   Q.   Okay.  And how long did you --
5   I'm assuming you were a deputy from '06
6   until when about?  When did you become a
7   corporal?
8   A.   These are guesstimated dates
9   because it's been a while.  I want to say
10  maybe '07, '08, something like that.
11  Q.   And so when you became a
12  corporal, you were working front door
13  security and acting as a bailiff?
14  A.   Uh-huh (Affirmative Response).
15  Q.   And did you receive any other
16  promotions prior to you becoming the
17  sergeant of the jail?
18  A.   Oh, I wouldn't classify it as a
19  promotion.  I got more duties, because me
20  being the corporal, I got the corporal
21  position because I was in conjunction
22  with -- was he a lieutenant at the time --
23  I guess I'm going to say Lieutenant Scott,
24  I assisted him in fleet management.  So
25  basically we made sure all the cars were

Page 52

1   kept up-to-date, process of ordering new
2   cars, making sure they stayed serviced and
3   everything else.  And we had, I guess,
4   ATVs, off-road vehicles, which we use at
5   parades and stuff like that.  I was over in
6   conjunction with Lieutenant Scott keeping
7   all that up to par.
8   Q.   And so when were your
9   responsibilities -- responsibilities
10  increased?  You indicated that you
11  became --
12  A.   When I became the corporal.
13  Q.   Okay.  So when you became a
14  corporal, your responsibilities increased
15  in '07, '08?
16  A.   Uh-huh (Affirmative Response).
17  Q.   All right.  Any other
18  commendations or increase in
19  responsibilities that occurred prior to you
20  becoming the jail sergeant?
21  A.   Actually I was a defense tactics
22  instructor for so many years.  Actually as
23  I was a reserve deputy, I got a -- I went
24  to training.  It was a 40-hour training and
25  I was certified as a police mount and bike

Page 53

1  police.  So I was certified with that as a
2  reserve.
3  Q.  But what I'm speaking of is
4  that -- my notes say --
5  A.  Prior to being the sergeant.
6  Q.  Is that you, from '07, '06 --
7  I'm sorry -- '07, you were working in -- as
8  courtroom security slash bailiff.
9  A.  Uh-huh (Affirmative Response).
10  Q.  Till beginning of 2014?
11  A.  Uh-huh (Affirmative Response).
12  Q.  And also have in my notes that
13  you became a corporal.  You started off as
14  a deputy?
15  A.  Yes.
16  Q.  And you became a corporal in
17  '07, '08?
18  A.  Uh-huh (Affirmative Response).
19  Q.  And you indicated that your
20  responsibilities increased?
21  A.  Yes, sir.
22  Q.  Was there another promotion?
23  A.  No, sir.
24  Q.  Okay.  All right.
25  A.  And the corporal is kind of sort

Page 54

1  of like a frontline promotion.  It's not
2  with pay.  It's more responsibilities.  You
3  just receive a unit.  And all corporals
4  don't have units at this point in time.
5  But you just -- the unit basically.
6  Q.  Who was your supervisor during
7  this time?
8  A.  Alvin Jackson.
9  Q.  Was Alvin Jackson your
10  supervisor the entire time you worked in
11  front door security and as a bailiff?
12  A.  Yes, sir.
13  Q.  Did Alvin Jackson perform any
14  job performance evaluations?  Did he
15  evaluate your job performance?
16  A.  Yes, sir.
17  Q.  Was that an annual performance?
18  A.  Yes, sir.
19  Q.  Was it in writing?
20  A.  Yes, sir.
21  Q.  What type of performance grades
22  could you have received?  What are the
23  various grades?
24  A.  Mean standards, I mean, it's the
25  basic P mass that everyone gives for the

Page 55

1  City of Baton Rouge.
2  Q.  Just state it for the record,
3  the various --
4  A.  I think it's either you're below
5  requirements, you meet requirements or you
6  exceed requirements.
7  Q.  Okay.  And have you ever -- has
8  Mr. Jackson ever deemed that you were
9  below, that you did not meet requirements?
10  A.  No, sir.
11  Q.  Okay.  Have you always met
12  requirements?
13  A.  Yes, sir.
14  Q.  Have you ever exceeded
15  requirements?
16  A.  No, sir.
17  Q.  Okay.  All right.  Have you ever
18  received a reprimand or anything like that
19  while you were courtroom security, bailiff?
20  A.  No, sir.
21  Q.  Ever been -- received any type
22  of warning?
23  A.  No, sir.
24  Q.  Ever made any mistakes as a
25  security officer?

Page 56

1  A.  No, sir.
2  Q.  Okay.  Now, when in 2014 --
3  there's been testimony to the point -- to
4  the effect that prior to you applying for
5  the jail sergeant position, a young lady
6  named Terrica Williams was a jail sergeant.
7  Is that accurate?
8  A.  Yes, sir.
9  Q.  And she resigned; is that
10  accurate?
11  A.  To my knowledge.
12  Q.  To your knowledge.  Okay.  And
13  so you applied for the jail sergeant
14  position?
15  A.  Yes, sir.
16  Q.  Why did you apply?
17  A.  Because I wanted to, I guess,
18  learn more about the office and move up in
19  the office.
20  Q.  Okay.  Did anyone ask you to
21  apply?
22  A.  No, sir.
23  Q.  Okay.  How did you find out when
24  applications were being received?
25  A.  They post them.

Page 57

1  Q.  All right.  And where do they
2  post them?
3  A.  They have on the website.
4  Q.  On the website?
5  A.  Uh-huh (Affirmative Response).
6  Q.  All right.  And so when you
7  applied, what did you have to provide?
8  What information did you have to provide in
9  your application process?
10  A.  It's a basic application
11  process.  I mean, it would benefit that you
12  would put any type of training or any type
13  of any type of certifications that you
14  received in it, because they grade the
15  application.
16  Q.  Okay.  And what did you put in
17  your application?
18  A.  Every extra class that I've
19  taken, because you have classes that you
20  can go take at Human Resources to, I guess,
21  benefit you better on, I mean, I took
22  supervisor classes, just in general, if you
23  want to -- you know, communication skills.
24  It's just different classes like that, if
25  you want to take them to better yourself,

Page 58

1  you can go take those classes.
2  Q.  Did you in fact take those
3  classes?
4  A.  Uh-huh (Affirmative Response).
5  Q.  What classes did you take?
6  A.  I took a few of them.  I can't
7  tell you all of them.  I can't remember all
8  of them.  I know moving up to supervisor
9  was one.  Delegation skills, teamwork,
10  something dealing with teamwork.  It's a
11  few.
12  Q.  And you took these classes over
13  the years or all at one time?
14  A.  Spread out.
15  Q.  Spread out?  And this is while
16  you were a courtroom -- I mean, front door
17  security and as a bailiff?
18  A.  Yes, sir.
19  Q.  Okay.  And what else?  What
20  others?  You mentioned in the application
21  you provided, you would inform the
22  reviewers about your training.
23  A.  Uh-huh (Affirmative Response).
24  Q.  What else did you tell them
25  about?

Page 59

1  A.  Well, I mean, I was a DT
2  instructor.  The mountain biking, the
3  police mount and bike certification.  I was
4  on the honor guard.  I'm actually on the
5  multi jurisdictional drug task force.
6  Q.  Okay.
7  A.  So every extra certification.
8  Like I said, they grade the application, so
9  every extra thing counts or helps.  Or you
10  would think, anyway, would help.
11  Q.  Right.  After you submitted your
12  application, what else?  What happened
13  next?
14  A.  You took the test.
15  Q.  You took the test?
16  A.  Yes.
17  Q.  As a Civil Service test?
18  A.  To my knowledge, yeah.
19  Q.  And how did you do on the test?
20  A.  I passed it.
21  Q.  It's just pass fail?
22  A.  No.  It has a particular grade.
23  Q.  What was your grade?
24  A.  I couldn't -- I don't remember.
25  I'm not going to lie to you.  I'm going to

Page 60

1  put it like this.  I'm going to be frank
2  with you.  We deal with a bunch of numbers
3  on a daily basis.  I have numbers oozing
4  out of my ears so I'm not going to be able
5  to pinpoint specific numbers to you and
6  stuff like that.  To the best of my
7  ability.
8  Q.  To the best of your knowledge.
9  That's all?
10  A.  Okay.
11  Q.  Did you make a hundred?
12  A.  No, I know I didn't make a
13  hundred.
14  Q.  Did you make a 90?
15  A.  I don't recall a 90.
16  Q.  Okay.
17  A.  I know it wasn't failing.
18  Q.  And what is failing?
19  A.  I'm going to guess and say below
20  an 80 or 70, 75 or something like that.
21  Q.  To the best of your knowledge,
22  below 75?
23  A.  Yeah.
24  Q.  And you just know you passed?
25  A.  Yeah.

Rhea Davis vs
Baton Rouge City Constable's Office

Travis Brooks
January 30, 2017

Page 61

1  Q.  Did you -- were you --
2  A.  Well, unless you inquire, they
3  don't -- at the time I was taking it, they
4  didn't say, hey, here's your score, this is
5  what your score is.  You got to kind of
6  actually inquire in that.
7  Q.  So it's your testimony that you
8  weren't cum lauded?
9  A.  What you mean?  Oh, no.  No.
10  Q.  You were thank you lauded?
11  A.  Yeah.  Yes, I guess.  I just
12  knew I passed.
13  Q.  Okay.  Okay.  After you took the
14  test, what was the next step?
15  A.  They would interview you if they
16  chose you.  From my understanding, once you
17  take the test and you pass, they can pull
18  from a list of scores.  Once they get to
19  the -- this is my understanding.  They
20  start at, I guess, the highest scores and
21  work their way down.  If those people don't
22  qualify, then they keep working their way
23  down the scores.  And I guess I got to a
24  point to where I was in that group that
25  they worked their way down to.

Page 62

1  Q.  Okay.
2  A.  But from my understanding, the
3  score doesn't -- doesn't hold you either
4  higher or lower than anybody else.  It's
5  just a position the score is being picked.
6  Q.  Qualified?
7  A.  Like if someone scores a 95, an
8  85 and a 90, no one's either higher or
9  lower than each other; they all passed and
10  they are all on an even keel when they go
11  into being hired, when the individual is
12  being picked.
13  Q.  Okay.
14  A.  That's how it was explained to
15  me.
16  Q.  Okay.  But I'm just asking about
17  what the next step was.  I mean, you said,
18  first of all, you have to apply, you fill
19  out an application?
20  A.  Uh-huh (Affirmative Response).
21  Q.  Second step, I think you
22  mentioned you had to take an exam that you
23  passed?
24  A.  Uh-huh (Affirmative Response).
25  Q.  And what was the third step?

Page 63

1  A.  Well, if you were -- if you were
2  chosen, then you got interviewed.
3  Q.  Okay.  And who interviewed you?
4  A.  The lieutenant of the jail at
5  the time was Thomas Wagner.  John Lawton,
6  the captain; Larry Navarre, the chief; and
7  Reginald Brown, the constable.  They were
8  all in maybe -- all of them didn't talk,
9  but they were all in at any specific time,
10  you know, any one might chime in and ask a
11  question.
12  Q.  Okay.  And how long did the
13  interview last about, approximately?
14  A.  Ten minutes, something like
15  that.
16  Q.  Okay.  So were you asked -- I
17  guess you weren't asked a whole lot of
18  questions in ten minutes?
19  A.  Basic stuff anyone would ask if
20  you're trying to, I guess, hire someone.
21  Q.  But I guess what I'm saying is,
22  in a 10-minute timeframe, they couldn't ask
23  you to -- an essay question?
24  A.  No.
25  Q.  Okay.

Page 64

1  A.  They were never long, drawn out
2  questions.
3  Q.  What kind of questions did they
4  ask about, you know, to the best of your
5  knowledge?
6  A.  I guess why do you feel you
7  should have this position, what aspects
8  would you have that would appeal to the
9  office that would make you good at being a
10  supervisor.
11  Q.  Okay.  All right.  Now,
12  mentioned that Mr. Wagner was the
13  supervisor over the jail, right?
14  A.  Yes, sir.
15  Q.  What about Mr. Lawton?
16  A.  He was the captain.
17  Q.  Over the jail?
18  A.  Well, just he was the -- the
19  captain, I don't remember their -- who was
20  over who.  I think the captain supervised
21  the two lieutenants.  But you had one
22  lieutenant that was over a couple, the
23  particular divisions and another lieutenant
24  that was over a particular division.
25  Q.  Okay.  And so you had a

Page 65

1   10-minute interview, and what happened
2   next?
3   A.   That was it.  You had the
4   interview and you -- after the interview,
5   that was it.
6   Q.   Okay.  All right.  Let me ask
7   you, when did you -- when were you notified
8   that you were selected to become the next
9   jail sergeant?
10   A.   Depending on when they
11   interviewed, if it was something like late
12   in the day, either they would tell you that
13   day or they would tell you the following
14   day.  This was my second go-round as far as
15   being interviewed, though.  I was in the
16   process when Ms. Williams went to be
17   interviewed.
18   Q.   Oh, so you applied --
19   A.   I applied then.
20   Q.   -- then as well?
21   A.   Yeah.
22   Q.   I got you.  All right.
23       And so -- but I guess my
24   question is:  After your interview, when --
25   how long after your interview did you find

Page 66

1   out that you were chosen for the position?
2   A.   Probably like the next day they
3   would put out a memo or something.
4   Q.   Okay.
5   A.   Or the individual would come
6   inform you, and then they put out a memo
7   they provided.
8   Q.   Were you aware of any other
9   individuals that had made the interview
10   cut, so to speak, other than yourself?
11   A.   Yeah.  Because, I mean, it
12   wasn't by supervisors.  It was just by
13   word-of-mouth around the office.
14   Q.   Okay.  Who else was also
15   interviewed for the position of jail
16   sergeant?
17   A.   I think Ms. Davis, Ms. Edwards.
18   I'm not sure if Ms. Morris.  I do know
19   Ms. Edwards and Ms. Davis was one.  Them
20   the only three I can remember.
21   Q.   Okay.  You said Ms. Morris, as
22   well, Debra Morris?
23   A.   Yeah.  I think she put in for
24   it, too.
25   Q.   Was she interviewed?

Page 67

1   A.   To my knowledge.  I mean, we
2   don't --
3   Q.   The best of your knowledge?
4   A.   They don't say we've interviewed
5   this person, that person.  They don't tell
6   us who they interview.  By word-of-mouth,
7   people talking around the office, they say,
8   well, we saw such-and-such go in for an
9   interview, whatever the case.
10   Q.   Okay.  And so after you became
11   the jail sergeant, what did you do?  What
12   was the first thing, order of business for
13   you?
14   A.   Well, when I inherited the jail,
15   it was kind of sort of in disarray.
16   Q.   Uh-huh (Affirmative Response).
17   A.   So my first order of business is
18   to get everything -- get everything back in
19   order.
20   Q.   Okay.  Did you have to -- since
21   you had spent so much time with the
22   courtroom security, did you have to kind of
23   knock off the rust, as you mentioned?
24   A.   Yeah.
25   Q.   Okay.  How did you do that?

Page 68

1   A.   On my own and with employees.
2   Q.   Okay.
3   A.   Technically, the supervisor was
4   supposed to, I guess, train you to a
5   degree, but I didn't get trained by my
6   supervisor.
7   Q.   Who trained you?  Who helped you
8   knock off the rust?
9   A.   My employees who I worked for, I
10   mean, who worked for me, basically.
11   Q.   Yeah.  Did Rhea Davis assist
12   you?
13   A.   She assisted me.  Deputy Edwards
14   assisted me, and Corey Hatfield assisted
15   me.
16   Q.   What was Ms. Davis's position
17   when you became the jail sergeant?
18   A.   Corporal.
19   Q.   Corporal.  And were there other
20   corporals in the jail at the time?
21   A.   No, sir.
22   Q.   Okay.  So she was -- is a
23   corporal like an assistant to the sergeant?
24   A.   Yes, sir.
25   Q.   Okay.  Did you rely upon

Page 69

1  Ms. Davis?
2  A.  Yes, sir.
3  Q.  Okay.  To what extent?
4  A.  Well, I mean, as far as
5  generally when we get new people, your
6  corporal kind of assist in helping to train
7  along with the other people.  But as far as
8  supervision, once I'm gone, any type of
9  direction that needed -- needed, like the
10  basic deputies would need direction, and
11  just everyday work and just making
12  decisions.  If I'm not around to make the
13  decision, then the corporal is the
14  frontline supervisor.  So if a decision
15  needs to be made, then that corporal can
16  make that decision.
17  Q.  Okay.  Did you select Ms. Davis
18  to become your corporal?
19  A.  Yes, sir.
20  Q.  Okay.  Or was she already there?
21  A.  She was already there, but then
22  I was given an option to pick another
23  corporal.
24  Q.  Okay.  And you selected
25  Ms. Davis?

Page 70

1  A.  Yeah, because in my mind frame,
2  she was already the corporal.  I felt like
3  it wouldn't be right to go find somebody
4  else and put her in, put that individual in
5  her spot.
6  Q.  Okay.  All right.  Let me ask
7  you -- let me show you a document.  I'm
8  going to mark this as P-1, document P-1.  I
9  don't think I'm going to enter this into
10  the record, your deposition because I know
11  you haven't seen it.  But I'm going to read
12  you a section of this particular document
13  that is a document from the Louisiana
14  Commission on Human Rights.  It's dated
15  January 15, 2015, signed by Loyce,
16  L-O-Y-C-E, Wright, W-R-I-G-H-T, executive
17  director, and is written to -- it's
18  regarding the city constable.
19  And this particular quote is
20  attributed to Captain Lawton.  And it says
21  here that -- it's talking about the
22  corporal position.  I just want to ask you
23  if you agreed with this statement.  It says
24  Captain Lawton stated that it was best for
25  the office to keep Ms. Davis in the jail

Page 71

1  division because she was a tremendous asset
2  to the position and he did not want to
3  cripple the jail division by hiring a new
4  corporal after recently hiring a sergeant
5  with little jail division experience.
6  Would you agree with that?
7  A.  I guess not to the fullest but,
8  I mean, to a degree.
9  Q.  Why would you agree with that
10  and why not?
11  A.  Well, I mean, she was a
12  tremendous asset, but, I mean, why would it
13  be crippling hiring me to the division
14  if -- saying I had little experience?
15  Q.  It didn't -- well, let me read
16  it again.  Just I won't put my
17  interpretation.  Just listen to it again.
18  It says Captain John Lawton
19  stated that it was best for the office to
20  keep Ms. Davis in the jail division because
21  she was a tremendous asset to the position
22  and he did not want to cripple the jail
23  division by hiring a new corporal.
24  A.  Uh-huh (Affirmative Response).
25  Q.  After recently hiring a sergeant

Page 72

1  with little jail division experience.
2  A.  And what was your question
3  again?
4  Q.  The question, is this accurate?
5  Would you deem this to be -- do you agree
6  with this statement?
7  A.  I wouldn't totally agree with
8  it, because if they chose to not make -- if
9  they chose to not make Ms. Davis the
10  corporal, I mean, that wouldn't cripple me,
11  because that depends on the individual,
12  like as far as I didn't have to get
13  knowledge from Ms. Rhea.  I would just -- I
14  can get it anywhere else to learn or knock
15  the rust off.  So I don't think that would
16  cripple the division.  It depends on the
17  individual when they come in and how they
18  do the job, it would cripple the division.
19  Q.  Let me ask you this: Do you
20  agree with the fact that Ms. Davis was a
21  tremendous asset to --
22  A.  Yeah, I do.  I do.
23  Q.  Do you agree with the fact that
24  you had little jail division experience?
25  A.  I agree, but to an extent.  I

Page 73

1  knew everything.  It's just things evolve
2  and upgrade and things have changed from
3  when I was down there.  It wasn't a fact
4  that I didn't know it.  A lot of stuff had
5  changed and you have to relearn some of the
6  stuff that has changed.  That's with
7  everything.
8  Q.  Listen to the statement.  Do you
9  agree that you had little jail division
10  experience?
11  A.  No, I'm not going to say little,
12  because if you put me in the jail, I could
13  work the jail.
14  Q.  Okay.
15  A.  I'm going to say no.  I had more
16  than just little jail experience.
17  Q.  Okay.  I assume when you say
18  experience, you mean ability to do the
19  work.  Some people, when they talk about
20  experience, they're meaning length of time
21  in a particular position, like if you've
22  been -- like I've been a lawyer for 20
23  years.  Some people would say, well, he's
24  got a lot of experience practicing law.  I
25  probably had the ability when I graduated

Page 74

1  from law school, but I didn't have the
2  experience.  And so I don't know what he
3  meant.  But I'm just saying if in fact he
4  meant that you had little time as in
5  working in the jail division, would that be
6  accurate?
7  A.  I did a little over a year in
8  the jail, granted it had been a while and I
9  was back and forth in the jail.  I still
10  don't necessarily say I agree with that.
11  Q.  Okay.
12  A.  Because someone can come in the
13  jail, work a month, learn everything
14  perfect and be just fine.  Someone could be
15  there three years and that person that
16  learned everything just fine in the jail
17  can work just as good as that person that's
18  been there for three years.
19  Q.  Again, that's fair enough.  I do
20  agree with you in the sense that experience
21  from your definition can mean ability to do
22  the job.
23  A.  Uh-huh (Affirmative Response).
24  Q.  And I think that's what you're
25  saying, that you had the ability to do the

Page 75

1  job because of your time in the jail.  But
2  on another side of the term experience, it
3  may mean length of time --
4  A.  Okay.
5  Q.  -- in that position or working
6  in the jail.  And so would it be a fair
7  characterization to say that you had the
8  ability to do the job as a jail sergeant?
9  A.  Yeah.
10  Q.  But you had little experience in
11  doing the job because you were working as
12  a -- with courtroom security for the last
13  seven years?
14  A.  I guess.  I guess I would agree
15  with that, if that's what you're getting
16  to, yeah.
17  Q.  Okay.  It's just a different --
18  I understand what you're saying.  Okay.
19     All right.  Let me ask you
20  another question.  I'm going to ask if
21  you're familiar with this document I'm
22  getting ready to hand you.  It's from
23  Reginald Brown dated February 4, 2014, and
24  it's regarding Mr. Travis Brooks.  Have you
25  seen that document before, Mr. Brooks?

Page 76

1  A.  Uh-huh (Affirmative Response).
2  Yes, sir.
3  Q.  Okay.  What is that document?
4  A.  Basically, it's the memo stating
5  my promotion.  And I see on here it also
6  vacates her promotion, I mean, her --
7  her -- not promotion, her position.
8  Q.  What is your understanding of
9  vacating the position?
10  A.  Leaving the position.
11  Q.  Okay.  Okay.  I'm going to mark
12  that as -- is everything in this particular
13  document accurate, to the best of your
14  knowledge?
15  A.  Uh-huh (Affirmative Response).
16  Yes, sir.
17  Q.  Mark that as Plaintiff's Exhibit
18  Number 1.
19     MR. BERNARD:
20     I think we may be done.  Let me
21  ask Ms. Davis some questions.
22     MR. FOWLER:
23     Go ahead.
24     (Short Break)
25     MR. BERNARD:

Page 77

1    I'm done.  I tender the witness.
2    EXAMINATION BY MR. FOWLER:
3 Q.  Sergeant Brooks, you said this
4  was your second time applying for the jail
5  sergeant position?
6 A.  Yes.
7 Q.  Do you remember who was
8  interviewed the first time that you
9  applied?
10 A.  I think, I know Terrica because
11  she got the position.  I think Ms. Edwards
12  put in.  I'm not sure.  I think kind of the
13  same kind of people.  It was deemed -- the
14  jail was deemed as a not great position, so
15  didn't too many people put in for it.
16 Q.  Okay.  So your memory, Terrica
17  Williams?
18 A.  Yeah.
19 Q.  Yourself and Carol Edwards?
20 A.  Yeah.
21 Q.  Okay.  Did they -- did the
22  administration advise you at that time as
23  to why they selected Terrica Williams?
24 A.  No, but I know they did the
25  process different and only they would call

Page 78

1  each individual in, tell them if they got
2  the position, and if they didn't get the
3  position and whatever else they would say.
4  But that particular time, they called both
5  of us in and said she got the position and
6  I didn't get the position, then stated
7  that, you know, that was the direction they
8  was going in as far as -- because they
9  didn't say time, because I had more time
10  than she had.  And I forgot what he said.
11  He said something in the degree of why he
12  went in that direction, but he said I was
13  still a good asset to the office and gave
14  me accolades on a lot of stuff that I had
15  done.
16 Q.  At the time, was Terrica
17  Williams in the jail or was she working in
18  another --
19 A.  I think she was the corporal.
20  Was she the corporal?
21 Q.  I don't know.  I'm asking.
22 A.  I'm not sure.  I think she was
23  the corporal.
24 Q.  Okay.
25    MR. FOWLER:

Page 79

1    All right.  Nothing further.

Page 80

1            REPORTER'S CERTIFICATE
2
3        I, ROBERT K. TUCKER, Certified Court
4  Reporter, in and for the State of
5  Louisiana, as the officer before whom this
6  testimony was taken, do hereby certify that
7  the above-mentioned witness, after having
8  been first duly sworn by me upon authority
9  of R.S. 37:2554, did testify as
10  hereinbefore set forth;
11        That the testimony was reported by
12  me in stenotype and transcribed under my
13  personal direction and supervision, and is
14  a true and correct transcript, to the best
15  of my ability and understanding;
16        That the transcript has been
17  prepared in compliance with transcript
18  format guidelines required by statute or by
19  rules of the board;
20        That I have acted in compliance with
21  the prohibition on contractual
22  relationships, as defined by Louisiana Code
23  of Civil Procedure Article 1434 and in
24  rules and advisory opinions of the board;
25        That I am not of counsel, not

Page 81

1   related to counsel or the parties herein,

2   nor am I otherwise interested in the

3   outcome of this matter.

4          This certificate is valid only for a

5   transcript accompanied by my original

6   signature and original required seal on

7   this page.

8

9

10

11          ROBERT K. TUCKER
            CERTIFIED COURT REPORTER
12          STATE OF LOUISIANA
            CERTIFICATE NO. 87307
13

14

15

16

17

18

19

20

21

22

23

24

25

**0**

**02 (4)**
27:10,18;29:19;
30:19
**03 (3)**
27:11;29:19;30:19
**05 (4)**
18:5,11;30:6,8
**06 (10)**
30:10,19;37:21;
38:2,2;45:16;46:18,
18;51:5;53:6
**07 (10)**
46:22;47:8,10;
48:8,25;51:10;52:15;
53:6,7,17
**08 (3)**
51:10;52:15;53:17

**1**

**1 (1)**
76:18
**10306 (1)**
11:14
**10-minute (2)**
63:22;65:1
**12 (1)**
45:11
**13 (5)**
24:14;25:21;
45:11,22;47:5
**14th (1)**
17:12
**15 (1)**
70:15

**2**

**20 (4)**
12:6;36:4,8;73:22
**2014 (10)**
17:12;46:11,11,14;
47:10;48:9,25;53:10;
56:2;75:23
**2015 (3)**
17:15,16;70:15
**2016 (1)**
17:17
**2045 (1)**
11:6
**21 (1)**
12:6
**22 (1)**
12:6
**2nd (1)**
30:8

**3**

**3rd (1)**

30:8

**4**

**4 (1)**
75:23
**40-hour (1)**
52:24

**5**

**50 (2)**
36:2,2

**7**

**70 (1)**
60:20
**75 (2)**
60:20,22

**8**

**8 (1)**
11:14
**80 (2)**
36:5;60:20
**85 (1)**
62:8

**9**

**90 (6)**
21:20;22:23;49:5;
60:14,15;62:8
**94 (1)**
16:12
**95 (1)**
62:7

**A**

**ability (8)**
8:8;10:25;60:7;
73:18,25;74:21,25;
75:8
**able (5)**
29:6;36:3;49:18,
23;60:4
**absent (1)**
49:1
**absolutely (1)**
7:22
**academy (12)**
23:14;24:22;25:6,
20,20;28:4;44:10,24;
45:6,8,20;46:25
**accolades (1)**
78:14
**accordance (1)**
4:8
**accurate (10)**
22:3,6,11;30:18;

34:25;56:7,10;72:4;
74:6;76:13
**across (1)**
13:19
**act (1)**
28:17
**acting (1)**
51:13
**actually (18)**
19:5,19,23;22:22;
31:21;32:21;33:25;
39:13;41:18,21;42:7,
10,12;44:8;52:21,22;
59:4;61:6
**address (4)**
11:5,8,11,17
**administering (1)**
4:24
**administration (1)**
77:22
**advise (1)**
77:22
**Affirmative (41)**
19:11;22:15;
25:11;30:3;31:20,24;
33:18;35:9;36:16;
37:13,25;39:2,11;
40:13,15;42:3,24;
43:22;45:18,21,23;
46:2,23;48:3,7;49:3;
51:14;52:16;53:9,11,
18;57:5;58:4,23;
62:20,24;67:16;
71:24;74:23;76:1,15
**AFIS (5)**
39:20,22;43:13,13,
14
**AFIS'd (1)**
43:14
**aforementioned (1)**
4:5
**afternoon (2)**
5:5;21:12
**afterwards (1)**
24:5
**again (5)**
39:21;71:16,17;
72:3;74:19
**against (3)**
5:8;9:10;13:4
**agencies (1)**
28:7;40:10
**agency (4)**
20:12;39:8;40:11,
12
**ago (2)**
12:11;46:10
**agree (18)**
7:7,9,11,24;8:2,6;
9:2;71:6,9;72:5,7,20,
23,25;73:9;74:10,20;
75:14
**agreed (2)**

4:3;70:23
**ahead (2)**
6:4;76:23
**allow (2)**
7:8,10
**allowed (3)**
19:1;28:17;29:12
**almost (3)**
5:5;28:15;34:9
**alone (1)**
44:4
**along (3)**
18:24;22:10;69:7
**Alvin (3)**
54:8,9,13
**always (5)**
28:23,24;29:3,4,7;
49:23;55:11
**America (1)**
9:4
**amount (5)**
18:25;34:18;35:7,
8,17
**analogy (1)**
8:20
**annual (1)**
54:17
**annulment (1)**
12:13
**anticipate (3)**
6:25;7:1,1
**appeal (1)**
64:8
**application (8)**
57:9,10,15,17;
58:20;59:8,12;62:19
**applications (1)**
56:24
**applied (5)**
56:13;57:7;65:18,
19;77:9
**apply (3)**
56:16,21;62:18
**applying (2)**
56:4;77:4
**approval (2)**
33:6;35:3
**approximately (1)**
63:13
**April (1)**
46:21
**area (1)**
19:8
**areas (1)**
25:9
**around (5)**
8:16;49:9;66:13;
67:7;69:12
**arrested (5)**
12:22;38:18;39:7;
40:9;48:22
**arresting (1)**
21:2

**aspect (6)**
20:17;24:11,18,24;
25:12,13
**aspects (3)**
37:2,7;64:7
**asset (5)**
71:1,12,21;72:21;
78:13
**assigned (4)**
30:23;50:17,19,21
**assist (5)**
41:23;48:18;
68:11;69:6
**assistant (1)**
68:23
**assisted (4)**
51:24;68:13,14,14
**assisting (1)**
43:16
**associations (1)**
16:20
**assume (2)**
42:16;73:17
**assuming (1)**
51:5
**attend (1)**
16:16
**attributed (1)**
70:20
**ATVs (1)**
52:4
**August (3)**
47:8,9;48:1
**authority (1)**
26:9
**available (1)**
9:16
**average (2)**
37:4,5
**avoid (1)**
6:10
**aware (1)**
66:8

**B**

**back (12)**
21:10;26:5;35:15;
40:7;41:4,8;47:12,
18;49:15,23;67:18;
74:9
**background (4)**
10:6,9;16:6,7
**bailiff (11)**
44:14,15;50:1,3,7;
51:1,13;53:8;54:11;
55:19;58:17
**Baker (3)**
23:13,13;28:3
**basic (3)**
54:25;57:10;
63:19;69:10
**Basically (19)**

15:20;18:18,23;
20:23;22:14;23:14,
19;24:24;26:18;
32:6;35:17;39:19;
42:20;49:1;50:13;
51:25;54:5;68:10;
76:4
**basis (3)**
40:6;43:9;60:3
**Baton (5)**
11:19;12:17,18;
17:20;55:1
**became (21)**
17:13;30:9,12;
37:20;42:23;43:6,18;
44:12;45:15,24;
46:17;50:1;51:3,11;
52:11,12,13;53:13,
16;67:10;68:17
**become (9)**
19:14;20:2,4;25:2;
26:17;50:3;51:6;
65:8;69:18
**becoming (5)**
26:20;29:22,23;
51:16;52:20
**began (1)**
18:9
**begin (1)**
17:22
**beginning (3)**
46:13,14;53:10
**belong (1)**
16:19
**below (4)**
55:4,9;60:19,22
**benefit (2)**
57:11,21
**BERNARD (8)**
5:4,6;14:24;15:8,
12,17;76:19,25
**best (13)**
8:8;9:25;20:4;
22:8;41:23;60:6,8,
21;64:4;67:3;70:24;
71:19;76:13
**better (5)**
7:14,20;27:8;
57:21,25
**big (1)**
27:23
**bike (2)**
52:25;59:3
**biking (1)**
59:2
**bit (2)**
16:5;45:3
**Black (1)**
16:22
**body (3)**
6:9,13,16
**bond (2)**
40:1,2

**bonding (1)**
41:1
**booking (2)**
38:15;39:19
**both (3)**
50:8,11;78:4
**break (4)**
5:25;6:4,5;76:24
**briefly (1)**
12:11
**bring (2)**
19:13;40:7
**BROOKS (9)**
5:1,6;8:18;10:22;
11:23;36:11;75:24,
25;77:3
**B-R-O-O-K-S (1)**
10:23
**Brown (2)**
63:7;75:23
**bunch (1)**
60:2
**business (6)**
7:14;19:9;22:24,
25;67:12,17
**busy (1)**
17:8

**C**

**call (2)**
8:17;77:25
**called (1)**
78:4
**calls (3)**
41:16,17,19
**came (5)**
21:17;32:19;
35:17;47:12,18
**cameras (1)**
42:6
**can (30)**
5:25;8:25;20:11,
12;21:11;22:20;
24:4;31:2;32:24;
34:9;38:15,22;40:1,
1,3;41:23;42:7,14;
44:19;49:8;50:22;
57:20;58:1;61:17;
66:20;69:15;72:14;
74:12,17,21
**cancel (2)**
26:1;28:9
**cancelled (2)**
26:4;28:12
**Canova (1)**
34:4
**C-A-N-O-V-A (1)**
34:4
**capacity (6)**
18:8,14,17;24:1;
29:13;46:4
**captain (7)**

63:6;64:16,19,20;
70:20,24;71:18
**Carol (1)**
77:19
**cars (2)**
51:25;52:2
**case (3)**
10:11;21:14;67:9
**cause (2)**
7:2;22:23
**cell (1)**
39:20
**centralized (1)**
42:5
**certain (4)**
18:25;26:23;29:8;
44:9
**certification (8)**
4:10;24:21;25:8;
47:1,17,25;59:3,7
**certifications (1)**
57:13
**Certified (16)**
4:21;23:18;24:2,
23;25:4,6;44:10,11,
13,16,19,22,24;
45:13;52:25;53:1
**changed (4)**
5:12;73:2,5,6
**characterization (3)**
22:1;48:24;75:7
**charge (1)**
9:17
**checking (1)**
40:23
**chief (1)**
63:6
**children (2)**
10:8;12:1
**chime (1)**
63:10
**chose (4)**
20:19;61:16;72:8,
9
**chosen (2)**
63:2;66:1
**circumstances (1)**
7:19
**citizen (2)**
9:8,11
**city (5)**
11:13;17:20,23;
55:1;70:18
**Civil (6)**
4:7;24:11;35:18,
24;49:11;59:17
**clarification (1)**
38:22
**class (6)**
23:19;26:3;28:2,9,
11;57:18
**classes (7)**
57:19,22,24;58:1,

3,5,12
**classified (1)**
23:8
**classify (1)**
51:18
**close (1)**
30:1
**closer (1)**
27:24
**collectively (3)**
33:14,20;34:8
**college (1)**
16:16
**combination (1)**
50:11
**coming (1)**
28:23
**commendations (1)**
52:18
**Commission (1)**
70:14
**communication (1)**
57:23
**community (3)**
19:4;21:9,16
**complete (2)**
8:7;27:12
**completed (1)**
26:6
**completing (1)**
28:19
**concentrate (1)**
6:12
**concerns (1)**
42:1
**condo (1)**
11:15
**conference (1)**
14:20
**confine (1)**
8:13
**confused (1)**
15:16
**conjunction (2)**
51:21;52:6
**constable (4)**
22:10;27:9;63:7;
70:18
**constables (1)**
42:9
**Constable's (14)**
5:8;7:16;17:20,23;
18:10;19:8,9,15;
21:3;22:6,24;26:10;
30:6,24
**control (3)**
42:4,5;48:19
**convicted (1)**
12:25
**Corey (1)**
68:14
**corner (1)**
8:17

3,5,12

**corporal (26)**
51:3,7,12,20,20;
52:12,14;53:13,16,
25;68:18,19,23;69:6,
13,15,18,23;70:2,22;
71:4,23;72:10;78:19,
20,23
**corporals (2)**
54:3;68:20
**corrections (2)**
45:12,13
**counsel (1)**
4:4
**country (1)**
9:12
**counts (1)**
59:9
**couple (5)**
37:12;39:25;48:4;
50:4;64:22
**course (2)**
18:21;24:1
**Court (17)**
4:21;5:21;6:11;
7:4;9:21;14:7;35:15,
16;39:12;40:6,7;
41:6,7,9;48:20;
49:15,17
**courthouse (5)**
22:25;29:2;40:3;
41:10;42:6
**courtroom (8)**
38:19;41:11;
49:19;53:8;55:19;
58:16;67:22;75:12
**crime (1)**
13:1
**cripple (5)**
71:3,22;72:10,16,
18
**crippling (1)**
71:13
**cum (1)**
61:8
**current (1)**
17:19
**cut (1)**
66:10

**D**

**daily (2)**
40:6;60:3
**date (4)**
18:1,2;30:4,7
**dated (2)**
70:14;75:23
**dates (3)**
29:25;38:4;51:8
**Davis (13)**
5:7;9:9;66:17,19;
68:11;69:1,17,25;
70:25;71:20;72:9,20;

76:21
**Davis's (1)**
68:16
**day (8)**
34:11;37:15;
41:12;50:14;65:12,
13,14;66:2
**days (6)**
25:24;34:10,12;
37:12,14,17
**deal (5)**
21:6;40:16;41:1,
21;60:2
**dealing (2)**
17:2;58:10
**Debra (1)**
66:22
**December (5)**
17:10,12,12;46:20;
48:8
**decision (3)**
69:13,14,16
**decisions (1)**
69:12
**deem (1)**
72:5
**deemed (6)**
24:4,6;26:25;55:8;
77:13,14
**Defense (4)**
23:22;24:17;
25:10;52:21
**definition (1)**
74:21
**degree (4)**
44:21;68:5;71:8;
78:11
**degrees (2)**
16:13,14
**Delegation (1)**
58:9
**department (13)**
19:9;30:24,25,25;
31:4,8,12;33:9,16,
16;35:7;37:21;41:22
**departments (1)**
32:3
**Depending (1)**
65:10
**depends (2)**
72:11,16
**deployed (1)**
43:20
**deposed (3)**
13:22;14:3,4
**deposition (16)**
4:5,16;5:9,15,23;
6:5,7,22;8:11;10:3,
15;13:10,13;15:19,
22;70:10
**depositions (1)**
14:7
**deputies (2)**

28:7;69:10
**deputy (37)**
18:5,23;20:1,3,5,
11,24;21:2;23:2,9;
28:18,18;29:4,21,24;
30:14,15;35:19;
37:20;38:10,11,12,
24;42:23;43:6,15;
44:18,23,25;45:15;
46:18;49:1;51:2,5;
52:23;53:14;68:13
**describe (2)**
20:20;23:10
**described (1)**
25:9
**detail (3)**
19:2;24:12;29:13
**different (8)**
20:16;28:7;37:6;
39:8;42:18;57:24;
75:17;77:25
**difficult (1)**
7:4
**direction (7)**
20:18;21:14;44:1;
69:9,10;78:7,12
**director (1)**
70:17
**disarray (1)**
67:15
**disparity (1)**
27:23
**dispatched (1)**
42:9
**dispute (1)**
9:6
**division (18)**
32:5,13;49:7,8,9;
64:24;71:1,3,5,13,20,
23;72:1,16,18,24;
73:9;74:5
**divisions (3)**
32:7,10;64:23
**divorce (2)**
12:13,14
**document (8)**
70:7,8,12,13;
75:21,25;76:3,13
**documents (1)**
16:1
**done (6)**
9:9;22:25;43:10;
76:20;77:1;78:15
**door (25)**
32:4,8,25;33:2,8,
10;34:5,13,23;36:14;
44:8,13;45:25;47:11,
14,22;48:9,13;50:6,
13,16,25;51:12;
54:11;58:16
**down (6)**
37:7;39:15;61:21,
23,25;73:3

**downs (1)**
40:23
**drawn (1)**
64:1
**drug (1)**
59:5
**DT (2)**
23:20;59:1
**duly (1)**
5:2
**During (7)**
6:6;22:18,25;
48:13,15;50:24;54:6
**duties (4)**
38:23;41:13;43:2;
51:19
**duty (1)**
19:2

**E**

**early (2)**
47:10;48:9
**ears (1)**
60:4
**educational (3)**
10:8;16:6,7
**Edwards (5)**
66:17,19;68:13;
77:11,19
**EEOC (1)**
14:25
**effect (2)**
8:2;56:4
**eight (6)**
23:16;29:15;45:4,
5,17;46:19
**either (7)**
7:25;40:1;41:21;
55:4;62:3,8;65:12
**elaborate (1)**
8:21
**else (12)**
14:11;29:2;50:15;
52:3;58:19,24;59:12;
62:4;66:14;70:4;
72:14;78:3
**employee (2)**
19:14;26:10
**employees (2)**
68:1,9
**employer (1)**
17:19
**employment (1)**
10:10
**encourage (1)**
9:16
**end (4)**
24:20,21;48:6;
49:15
**Enforcement (11)**
16:23;19:25;22:2;
32:9;33:3,10;34:17,

19,24;35:6,11
**Engaged (2)**
11:24,25
**enlist (2)**
27:8,15
**enlisted (2)**
27:18;29:18
**enough (2)**
23:7;74:19
**enrolled (2)**
29:19;46:24
**enter (2)**
22:10;70:9
**entire (2)**
48:13;54:10
**especially (1)**
28:23
**essay (1)**
63:23
**evaluate (1)**
54:15
**evaluations (1)**
54:14
**even (8)**
26:19;27:20;
29:12,12;37:4;49:6;
50:21;62:10
**events (1)**
21:10
**everybody (2)**
44:1;50:15
**everybody's (1)**
33:4
**everyday (2)**
43:9;69:11
**Everyone (3)**
43:23,24;54:25
**eviction (2)**
35:22,23
**evictions (1)**
42:10
**evidence (1)**
4:17
**evolve (1)**
73:1
**exactly (3)**
12:16;37:16;48:2
**exam (1)**
62:22
**EXAMINATION (5)**
5:4;14:24;15:8,17;
77:2
**examined (1)**
5:2
**exceed (1)**
55:6
**exceeded (1)**
55:14
**excuse (1)**
6:4
**executive (1)**
70:16
**exercising (1)**

9:11
**Exhibit (1)**
76:17
**experience (13)**
71:5,14;72:1,24;
73:10,16,18,20,24;
74:2,20;75:2,10
**expired (3)**
16:21;17:6,17
**explain (1)**
9:1
**explained (1)**
62:14
**explanation (1)**
8:25
**extent (2)**
69:3;72:25
**extra (5)**
19:2;45:12;57:18;
59:7,9

**F**

**fact (7)**
29:11;46:16;58:2;
72:20,23;73:3;74:3
**fail (1)**
59:21
**failing (2)**
60:17,18
**fair (2)**
74:19;75:6
**fairly (3)**
35:13;36:7,13
**familiar (1)**
75:21
**far (14)**
19:2;20:11;23:24;
33:4;38:16;41:21;
42:9;43:12;48:21;
65:14;69:4,7;72:12;
78:8
**February (2)**
46:20;75:23
**Federal (1)**
4:7
**feel (1)**
64:6
**felt (1)**
70:2
**few (3)**
26:4;58:6,11
**file (1)**
9:8
**filed (1)**
13:3
**filing (1)**
4:10
**fill (2)**
49:1;62:18
**find (6)**
15:18;19:13;
41:20;56:23;65:25;

70:3
**fine (2)**
74:14,16
**fingerprint (1)**
39:22
**fingerprinting (2)**
38:19;40:22
**finish (2)**
7:8,10
**first (11)**
5:2;6:3;8:24;12:8;
27:15;32:21;44:2;
62:18;67:12,17;77:8
**five (2)**
12:7;34:10
**fleet (1)**
51:24
**float (1)**
30:25
**folks (1)**
19:13
**following (2)**
37:15;65:13
**follows (2)**
5:3;10:4
**force (1)**
59:5
**forgot (1)**
78:10
**form (1)**
4:13
**formal (3)**
5:15,16,19
**formalities (1)**
4:9
**forth (4)**
40:7;41:4,8;74:9
**forwarding (1)**
41:22
**found (1)**
20:13
**FOWLER (7)**
14:15,19;15:4,10;
76:22;77:2;78:25
**frame (1)**
70:1
**frank (1)**
60:1
**Friday (1)**
25:21
**friend (1)**
19:19
**front (26)**
14:20;32:4,8,25;
33:2,8,10;34:5,13,
23;36:14;44:8,13;
45:25;47:10,14,22;
48:9,13;50:6,13,15,
25;51:12;54:11;
58:16
**frontline (2)**
54:1;69:14
**full (6)**

18:19,20;23:2,25;
24:22;26:9
**fullest (1)**
71:7
**full-time (35)**
19:24;20:1,3,5,11,
17,17,24;21:2,20,24;
22:9,18,22;23:8;
24:24,25;25:3,14,20,
20;26:17,20;29:4,23;
30:14,15;34:1;37:20;
42:23;43:6;44:18,25;
45:15;46:17
**functions (2)**
21:8,10
**further (1)**
79:1

## G

**gained (1)**
32:19
**gauged (1)**
36:8
**gave (3)**
5:17;30:4;78:13
**general (1)**
57:22
**generally (2)**
23:16;69:5
**germane (1)**
10:11
**given (4)**
13:13,14;42:7;
69:22
**gives (1)**
54:25
**giving (2)**
28:2,3
**Good (6)**
5:5;15:9,13;64:9;
74:17;78:13
**go-round (1)**
65:14
**grade (4)**
57:14;59:8,22,23
**grades (2)**
54:21,23
**graduated (2)**
16:9;73:25
**graduation (1)**
26:14
**granted (1)**
74:8
**grasp (1)**
35:2
**great (2)**
9:12;77:14
**group (1)**
61:24
**guard (1)**
59:4
**guess (29)**

6:1;14:23;18:21;
21:22;24:11,25;25:1,
3;26:12,14;43:17;
46:12;51:23;52:3;
56:17;57:20;60:19;
61:11,20,23;63:17,
20,21;64:6;65:23;
68:4;71:7;75:14,14
**guessing (1)**
25:5
**guesstimated (1)**
51:8
**guys (3)**
8:16;39:5;42:20

## H

**half (2)**
33:22;47:4
**hand (2)**
10:12;75:22
**handcuffing (2)**
24:18;25:10
**hands (2)**
6:15;9:5
**hands-on (1)**
31:16
**happen (2)**
40:1;48:14
**happened (3)**
25:25;59:12;65:1
**happens (1)**
7:23
**hard (2)**
6:11;17:8
**Hatfield (1)**
68:14
**head (1)**
6:8
**help (2)**
32:20;59:10
**helped (1)**
68:7
**helpers (1)**
21:7
**helping (1)**
69:6
**helps (1)**
59:9
**hereby (2)**
4:6,14
**here's (1)**
61:4
**hereto (1)**
4:4
**hey (3)**
32:24,24;61:4
**high (3)**
16:8,9,13
**higher (2)**
62:4,8
**highest (1)**
61:20

**hire (1)**
63:20
**hired (1)**
62:11
**hiring (5)**
71:3,4,13,23,25
**history (1)**
10:10
**hold (2)**
9:10;62:3
**holiday (1)**
21:7
**home (1)**
11:4
**honor (1)**
59:4
**hour (1)**
10:16
**hours (14)**
18:24,25;19:1,2;
21:4;22:18,25;23:20;
24:4;25:1,4,5;29:14,
16
**How'd (1)**
15:18
**Human (2)**
57:20;70:14
**hundred (4)**
5:12;29:15;60:11,
13
**hundreds (1)**
29:15

## I

**idea (1)**
7:16
**identification (2)**
39:23;43:17
**impede (1)**
10:25
**important (1)**
6:18
**importantly (1)**
15:13
**Including (2)**
40:11,12
**increase (1)**
52:18
**increased (3)**
52:10,14;53:20
**indicate (1)**
7:25
**indicated (4)**
26:8;29:18;52:10;
53:19
**individual (13)**
36:9;37:5;39:7,14;
40:18;42:14;48:20;
62:11;66:5;70:4;
72:11,17;78:1
**individuals (6)**
38:18;40:9,17;

41:18;50:12;66:9
**individual's (1)**
39:12
**inform (2)**
58:21;66:6
**informal (2)**
5:16,23
**information (1)**
57:8
**inherited (1)**
67:14
**initial (1)**
30:7
**initially (2)**
27:14;44:12
**inmate (2)**
40:5;48:21
**inmates (1)**
40:5
**inquire (2)**
61:2,6
**instructed (1)**
23:19
**instructor (6)**
23:18;25:25;28:2,
5;52:22;59:2
**instructors (1)**
28:6
**intake (2)**
38:17,18
**integrity (1)**
9:15
**interpretation (1)**
71:17
**interview (10)**
61:15;63:13;65:1,
4,4,24,25;66:9;67:6,
9
**interviewed (9)**
63:2,3;65:11,15,
17;66:15,25;67:4;
77:8
**into (5)**
9:5;10:8;21:17;
62:11;70:9
**intrusive (1)**
10:6
**investigator (1)**
15:1
**involved (3)**
19:17,21,23
**issues (1)**
10:11

## J

**Jackson (4)**
54:8,9,13;55:8
**jail (85)**
7:15;31:6,7;32:4,9,
16,25;33:11,12,13,
20;34:2,10,12,22;
36:23;37:2,3,23,24;

38:2,9,13;39:1,4,5,9;
40:14;41:9,14,15;
43:20,23,24;44:3,7,
19;45:16;46:6,8;
47:13,19;48:15,25;
49:18,19,22,24;50:5;
51:17;52:20;56:5,6,
13;63:4;64:13,17;
65:9;66:15;67:11,14;
68:17,20;70:25;71:3,
5,20,22;72:1,24;
73:9,12,13,16;74:5,8,
9,13,16;75:1,6,8;
77:4,14;78:17
**January (2)**
46:20;70:15
**job (15)**
21:20,24;22:9,19,
23;35:20;37:18;
51:1;54:14,15;72:18;
74:22;75:1,8,11
**John (2)**
63:5;71:18
**judge (8)**
5:24;39:13;40:17;
41:12;44:14;50:16,
18,22
**judges (4)**
41:17;42:1;49:21;
50:23
**judicial (9)**
9:24;32:9;33:2,10;
34:16,19,23;35:5,11
**judiciously (1)**
10:18
**July (1)**
47:7
**June (4)**
46:21,21,22;47:7
**jurisdictional (1)**
59:5
**jury (1)**
5:24

**K**

**Karl (1)**
5:6
**keel (1)**
62:10
**keep (3)**
61:22;70:25;71:20
**keeping (1)**
52:6
**kept (1)**
52:1
**kind (15)**
31:16;33:15;34:8;
35:18,21;36:4;41:20;
53:25;61:5;64:3;
67:15,22;69:6;77:12,
13
**knew (4)**

35:4;36:3;61:12;
73:1
**knock (4)**
43:8;67:23;68:8;
72:14
**know-how (1)**
29:6
**knowing (1)**
49:14
**knowledge (17)**
15:23;29:6;31:4,
11,14;32:19;43:25;
56:11,12;59:18;60:8,
21;64:5;67:1,3;
72:13;76:14
**known (1)**
15:23

**L**

**lack (1)**
27:8
**lady (1)**
56:5
**language (1)**
6:9
**Larry (1)**
63:6
**last (5)**
10:15,16;30:11;
63:13;75:12
**late (1)**
65:11
**later (1)**
5:22
**lauded (2)**
61:8,10
**law (7)**
4:8;9:5;16:22;
19:25;22:2;73:24;
74:1
**lawsuit (5)**
5:7;9:8;13:4,15,23
**Lawton (5)**
63:5;64:15;70:20,
24;71:18
**lawyer (1)**
73:22
**learn (9)**
25:2;31:11;35:2,
11;37:1,6;56:18;
72:14;74:13
**learned (5)**
7:17;35:4,16,22;
74:16
**learning (6)**
24:11;31:13;
34:24;36:1,2,5
**least (4)**
34:18;35:6,8,16
**leave (2)**
37:18;44:4
**Leaving (1)**

76:10
**legal (2)**
23:24;24:10
**length (2)**
73:20;75:3
**level (5)**
24:2,7,8;25:14;
42:18
**lie (3)**
9:21;27:20;59:25
**lieutenant (6)**
51:22,23;52:6;
63:4;64:22,23
**lieutenants (1)**
64:21
**list (1)**
61:18
**listen (2)**
71:17;73:8
**little (17)**
16:5;20:16;26:4,
14;38:6,7;45:3;71:5,
14;72:1,24;73:9,11,
16;74:4,7;75:10
**live (2)**
6:14;11:16
**lived (1)**
11:7
**long (25)**
6:22;11:7,16;
24:14;25:16,18;
29:17,21,22;31:2;
32:15;35:10,25;36:6,
12,20,21,24,25;45:9;
46:3;51:4;63:12;
64:1;65:25
**longer (2)**
8:11;26:4
**looking (2)**
15:9,14
**lot (13)**
17:9;18:23;19:5;
21:7,14;41:16,16,19,
24;63:17;73:4,24;
78:14
**Louisiana (5)**
4:23;6:15;11:20;
12:19;70:13
**loved (1)**
41:19
**lower (2)**
62:4,9
**Loyce (1)**
70:15
**L-O-Y-C-E (1)**
70:16

**M**

**maintain (1)**
22:9
**majority (1)**
50:13

**makes (3)**
7:3,22;12:7
**making (2)**
52:2;69:11
**management (1)**
51:24
**many (8)**
12:3;23:20;24:3,
10;29:14;51:2;
52:22;77:15
**March (1)**
46:21
**mark (3)**
70:8;76:11,17
**married (4)**
10:7;11:23;12:9,
18
**Marston (2)**
6:7;10:15
**mass (1)**
54:25
**matter (1)**
29:11
**maximal (1)**
25:1
**may (8)**
4:16;5:11;6:22;
8:20;40:17;46:21;
75:3;76:20
**maybe (10)**
30:1;37:9,9,12,15;
47:13;49:10;50:12;
51:10;63:8
**mean (32)**
8:23;18:1,17;
20:13;31:5;33:14;
35:1;36:1;38:15,16;
39:15;49:16;54:24,
24;57:11,21;58:16;
59:1;61:9;62:17;
66:11;67:1;68:10;
69:4;71:8,11,12;
72:10;73:18;74:21;
75:3;76:6
**meaning (2)**
39:22;73:20
**meant (2)**
74:3,4
**mechanism (1)**
9:15
**medication (1)**
10:25
**meet (2)**
55:5,9
**member (1)**
17:13
**membership (1)**
17:6
**memo (3)**
66:3,6;76:4
**memory (1)**
77:16
**mentioned (10)**

6:7;17:5;18:13;
23:1;33:8;49:25;
58:20;62:22;64:12;
67:23
**met (1)**
55:11
**might (3)**
29:25;34:11;63:10
**military (1)**
20:13
**mind (1)**
70:1
**minimum (2)**
25:4,5
**minutes (2)**
63:14,18
**mistakes (1)**
55:24
**Monday (1)**
25:21
**monitoring (1)**
42:8
**monitors (1)**
42:6
**month (4)**
27:18;47:3,13;
74:13
**months (15)**
11:9,10;23:16;
27:16,23,24;28:1,13;
45:5,5,17;46:19;
47:5;48:5;50:4
**month's (1)**
37:10
**More (10)**
13:12;43:5;45:3;
47:4;48:5;51:19;
54:2;56:18;73:15;
78:9
**Morris (3)**
66:18,21,22
**most (9)**
13:12;21:4,6,18;
33:9,22;42:21;43:9;
50:14
**mount (2)**
52:25;59:3
**mountain (1)**
59:2
**move (4)**
8:18;10:8,18;
56:18
**movement (1)**
6:14
**moving (2)**
33:15;58:8
**much (6)**
24:12;33:13,19;
34:6;49:10;67:21
**multi (1)**
59:5
**multiple (1)**
20:10

**multitask (1)**
42:17

**N**

**name (6)**
5:6;8:15,17,18;
10:21;17:18
**named (1)**
56:6
**National (1)**
16:22
**Navarre (1)**
63:6
**necessarily (1)**
74:10
**need (4)**
29:7;31:10;49:24;
69:10
**needed (3)**
32:20;69:9,9
**needs (1)**
69:15
**new (4)**
52:1;69:5;71:3,23
**next (9)**
24:7,8;37:14;
59:13;61:14;62:17;
65:2,8;66:2
**nickname (1)**
8:16
**nine (1)**
29:15
**NOBLE (3)**
16:22;17:3,14
**nod (1)**
6:8
**nonemployee (1)**
19:13
**normal (1)**
26:9
**North (1)**
11:6
**notes (3)**
15:24;53:4,12
**notified (1)**
65:7
**November (2)**
46:20;48:6
**Number (1)**
76:18
**numbers (3)**
60:2,3,5

**O**

**oath (4)**
4:24;5:17,18;9:22
**objections (1)**
4:12
**obligations (1)**
17:9
**occurred (1)**

52:19
**October (10)**
18:4,11;30:6,8,19;
37:21;38:2;45:16;
46:18;48:6
**off (10)**
28:1;29:25;38:14,
17;39:8;43:8;53:13;
67:23;68:8;72:15
**Office (27)**
5:8;13:15,16,19;
17:21,23;18:7,10;
19:15;21:12,17;22:6,
24;23:14;24:12;
26:10;30:6,24;49:6;
56:18,19;64:9;66:13;
67:7;70:25;71:19;
78:13
**officer (17)**
26:7,18,20;27:5,9,
13;29:23;30:16,20,
23;31:6;32:2,13;
34:21;42:25;43:19;
55:25
**officers (2)**
16:23;28:6
**Officially (4)**
18:3,4,7,9
**officiated (1)**
4:23
**off-road (1)**
52:4
**old (2)**
10:7;12:5
**Once (11)**
20:13;24:5;26:19;
32:19;35:2;43:5;
44:12;45:15;61:16,
18;69:8
**one (18)**
7:3,15;12:7;17:4;
20:7;21:21,22;24:3;
32:12,20;37:12,15;
39:25;58:9,13;63:10;
64:21;66:19
**ones (1)**
41:19
**one's (1)**
62:8
**only (9)**
6:1;9:15;14:6;
17:3;45:11;49:9;
50:12;66:20;77:25
**oozing (1)**
60:3
**open (1)**
39:9
**opposed (1)**
43:9
**option (1)**
69:22
**options (1)**
20:10

**order (6)**
20:2;44:15,17;
67:12,17,19
**ordering (1)**
52:1
**Organization (1)**
16:22
**organizations (2)**
16:25;17:1
**Orleans (1)**
4:22
**others (1)**
58:20
**out (21)**
15:18;19:13;
20:13;25:16;28:13,
23;40:1,2;41:20;
42:9,11,16;56:23;
58:14,15;60:4;62:19;
64:1;66:1,3,6
**outside (1)**
22:18
**over (20)**
7:3;12:15,16;
14:10;24:14,22;
25:16,18;33:16;38:6,
7;42:15;52:5;58:12;
64:13,17,20,22,24;
74:8
**oversee (1)**
39:3
**own (6)**
9:5;29:7,12;36:4,
5;68:1
**owned (1)**
11:15

**P**

**P-1 (2)**
70:8,8
**package (1)**
39:18
**paid (2)**
19:2;29:13
**papers (5)**
35:12,20,24;49:14,
15
**paperwork (1)**
39:19
**par (2)**
33:4;52:7
**parades (1)**
52:5
**Parish (2)**
4:22;40:4
**part (2)**
4:16;42:21
**partial (1)**
18:20
**particular (21)**
6:6,16;9:9;11:8,
17;13:23;15:19;

19:8;30:23;32:17;
35:23;46:4;49:7;
59:22;64:23,24;
70:12,19;73:21;
76:12;78:4
**parties (1)**
4:4
**pass (2)**
59:21;61:17
**passed (6)**
24:6;59:20;60:24;
61:12;62:9,23
**past (1)**
42:15
**pat (3)**
37:7;39:15;40:23
**pay (2)**
23:9;54:2
**payroll (1)**
21:3
**peeve (1)**
6:1
**pending (1)**
33:6
**people (14)**
21:20;35:3;38:14,
17;43:10,16;61:21;
67:7;69:5,7;73:19,
23;77:13,15
**percent (8)**
21:20;22:23;36:2,
3,4,5,8;49:5
**percentage-wise (1)**
36:17
**perfect (1)**
74:14
**perform (2)**
43:1;54:13
**performance (4)**
54:14,15,17,21
**period (6)**
25:17,18;26:7;
28:14;33:17;48:16
**perjury (2)**
9:17,18
**person (7)**
23:11,18;37:5;
67:5,5;74:15,17
**personal (1)**
10:5
**personnel (1)**
49:2
**pet (1)**
6:1
**pick (3)**
40:5;41:18;69:22
**picked (2)**
62:5,12
**pinpoint (1)**
60:5
**place (1)**
40:14
**Plaintiff's (1)**

76:17
**please (2)**
6:2;10:20
**pm (1)**
39:10
**point (5)**
26:19;50:1;54:4;
56:3;61:24
**pointed (1)**
13:18
**police (3)**
52:25;53:1;59:3
**Ponder (1)**
50:20
**position (26)**
6:23;34:25;38:9;
51:21;56:5,14;62:5;
64:7;66:1,15;68:16;
70:22;71:2,21;73:21;
75:5;76:7,9,10;77:5,
11,14;78:2,3,5,6
**possible (1)**
10:18
**possibly (1)**
27:19
**post (7)**
16:13,13;18:21;
44:10,11,12,16,18;
23;45:9,19;46:24,25;
47:17,25;56:25;57:2
**power (2)**
23:2;26:9
**powers (3)**
20:23;21:1,2
**practicing (1)**
73:24
**predict (1)**
10:14
**predicted (1)**
10:15
**predictions (1)**
10:17
**prepare (1)**
15:22
**prior (10)**
11:11;18:13;
28:19;29:21,23;
30:15;51:16;52:19;
53:5;56:4
**prison (1)**
40:4
**prisoners (1)**
41:4
**probably (10)**
7:21;11:9;12:14;
27:10,15;33:21;45:4,
4;66:2;73:25
**Procedure (1)**
4:7
**proceed (1)**
10:4
**proceeding (3)**
5:23;6:17;9:24

**process (11)**
5:15;23:11;36:1;
39:14,15;40:20;52:1;
57:9,11;65:16;77:25
**professional (2)**
16:20;17:1
**program (4)**
20:21;22:11,13,14
**promoted (2)**
46:6,8
**promotion (6)**
51:19;53:22;54:1;
76:5,6,7
**promotions (1)**
51:16
**property (3)**
39:18,18;40:23
**provide (2)**
57:7,8
**provided (2)**
58:21;66:7
**public (1)**
42:2
**pull (1)**
61:17
**purposes (1)**
4:8
**put (20)**
23:7,13;29:14;
39:20,22;43:7,14;
48:5;57:12,16;60:1;
66:3,6,23;70:4,4;
71:16;73:12;77:12,
15

## Q

**qualifications (1)**
18:22
**Qualified (1)**
62:6
**qualify (1)**
61:22
**quantify (1)**
36:2
**quickly (1)**
10:18
**quote (2)**
28:18;70:19

## R

**radio (2)**
42:8,14
**Randy (1)**
34:4
**rather (1)**
38:24
**read (2)**
70:11;71:15
**reading (1)**
4:9
**ready (1)**

**real (1)**
38:16
**really (1)**
20:7
**reason (1)**
27:25
**recall (1)**
5:11;30:1;60:15
**receive (2)**
51:15;54:3
**received (6)**
25:8;54:22;55:18,
21;56:24;57:14
**receiving (1)**
31:22
**recent (1)**
13:13
**recently (2)**
71:4,25
**recess (1)**
6:4
**record (5)**
6:13;7:4;10:21;
55:2;70:10
**recorded (2)**
5:21;14:9
**recruiting (1)**
19:12
**regarding (2)**
70:18;75:24
**regardless (1)**
21:18
**Reginald (2)**
63:7;75:23
**register (1)**
17:11
**registered (1)**
17:13
**relearn (1)**
73:5
**rely (1)**
68:25
**remand (1)**
40:18
**remanded (1)**
40:17
**remands (1)**
39:13
**remember (8)**
12:15;27:18;38:5;
58:7;59:24;64:19;
66:20;77:7
**rephrase (1)**
7:25
**Reporter (5)**
4:22;5:21;6:12;
7:4;14:7
**represent (1)**
5:7
**reprimand (1)**
55:18
**requests (1)**

**41:17
**require (1)**
43:5
**required (1)**
39:3
**requirements (8)**
20:14,16;55:5,5,6,
9,12,15
**requires (1)**
8:25
**resemble (1)**
14:13
**reserve (36)**
18:5,8,14,16,22;
19:10,20,22;20:20;
22:11,13;23:11,13;
24:2;25:6,14;26:7;
27:5,9,13;28:4,18;
29:22;30:16,20,22;
31:6;32:2,13;34:21;
42:25;43:15,19;
44:22;52:23;53:2
**reserved (1)**
4:15
**Reserves (3)**
19:18;20:6;21:6
**reservist (1)**
21:15
**resigned (1)**
56:9
**resolved (1)**
9:7
**Resources (1)**
57:20
**respond (1)**
6:9
**Response (41)**
19:11;22:15;
25:11;30:3;31:20,24;
33:18;35:9;36:16;
37:13,25;39:2,11;
40:13,15;42:3,24;
43:22;45:18,21,23;
46:2,23;48:3,7;49:3;
51:14;52:16;53:9,11,
18;57:5;58:4,23;
62:20,24;67:16;
71:24;74:23;76:1,15
**responsibilities (5)**
38:24;41:14;52:9,
9,14,19;53:20;54:2
**responsibility (2)**
38:11;42:17
**responsiveness (1)**
4:14
**restrictions (1)**
28:20
**retired (1)**
21:23
**returns (1)**
35:14
**revert (1)**
49:23

**review (1)**
15:24
**reviewers (1)**
58:22
**Rhea (4)**
5:7;9:9;68:11;
72:13
**right (44)**
9:8,11,25;11:4,22;
12:12,21,25;13:3;
16:18;17:18;24:16;
25:7,23;26:16;27:7,
17,22;28:16;29:17;
30:22;34:20;36:10;
37:8,11,19;41:22;
43:4;46:15;50:24;
52:17;53:24;55:17;
57:1,6;59:11;64:11,
13;65:6,22;70:3,6;
75:19;79:1
**Rights (1)**
70:14
**ROBERT (1)**
4:21
**rolled (1)**
35:18
**room (6)**
14:5,10,18,20;
42:5;48:19
**Rouge (5)**
11:19;12:17,18;
17:20;55:1
**roughly (3)**
38:6,6;46:9
**route (1)**
22:9
**Rules (2)**
4:7;5:12
**run (1)**
42:4
**running (1)**
37:2
**rust (4)**
43:8;67:23;68:8;
72:15

## S

**safe (1)**
34:8
**same (7)**
5:13;31:22;34:9;
36:15,19,24;77:13
**save (1)**
4:12
**saw (4)**
13:18;24:4;29:5;
67:8
**saying (8)**
7:5;24:9;27:4;
63:21;71:14;74:3,25;
75:18
**scheduled (3)**

**40:6;41:5,7
**school (5)**
16:8,10,14;21:10;
74:1
**score (4)**
61:4,5;62:3,5
**scores (4)**
61:18,20,23;62:7
**Scott (2)**
51:23;52:6
**seal (1)**
39:18
**sealing (1)**
4:10
**Second (3)**
62:21;65:14;77:4
**section (1)**
70:12
**security (31)**
32:4,8;33:1,2,8,10;
34:6,13,23;36:14;
44:8,13;46:1;47:11,
15,22;48:10,13;
49:17,20;50:6,16,25;
51:13;53:8;54:11;
55:19,25;58:17;
67:22;75:12
**select (1)**
69:17
**selected (3)**
65:8;69:24;77:23
**sense (5)**
5:17,24;7:23;
74:20
**September (2)**
47:9;48:1
**sergeant (24)**
34:2;38:25,25;
39:4;41:16;42:12;
46:6,8;51:17;52:20;
53:5;56:5,6,13;65:9;
66:16;67:11;68:17,
23;71:4,25;75:8;
77:3,5
**serve (3)**
35:23,23;49:14
**served (2)**
15:20;44:6
**service (5)**
19:4;21:9,16;
35:14;59:17
**serviced (1)**
52:2
**serving (2)**
35:12;42:11
**session (1)**
25:1
**seven (4)**
11:9,10;39:10;
75:13
**seven-year (1)**
48:15
**shadow (1)**

26:22
**shift (1)**
49:9
**shifting (1)**
49:10
**shoes (1)**
7:16
**short (2)**
49:2;76:24
**shorthanded (7)**
21:13;33:1,3,23,
25;48:17;49:8
**show (1)**
70:7
**side (2)**
35:13;75:2
**sign (1)**
35:20
**signed (1)**
70:15
**signing (1)**
4:10
**simple (3)**
35:13;36:7,13
**simplistic (1)**
8:20
**sitting (1)**
48:18
**situation (1)**
9:10
**situations (1)**
7:18
**six (7)**
12:7;27:16,23,24,
25;28:12,13
**six-month (1)**
28:14
**skills (2)**
57:23;58:9
**slash (2)**
50:25;53:8
**snapshot (1)**
10:9
**somebody (2)**
14:11;70:3
**someone (13)**
24:1,19;26:22,22;
28:24;29:3,8;48:19,
21;62:7;63:20;74:12,
14
**someone's (1)**
42:10
**sons (2)**
12:4,5
**Sorry (4)**
15:16;25:12;
30:10;53:7
**sort (3)**
33:5;53:25;67:15
**sought (1)**
4:17
**sounds (1)**
33:14

**south (1)**
6:14
**spaces (1)**
45:7
**speak (1)**
66:10
**speaking (2)**
36:10;53:3
**specific (5)**
38:4;49:13;50:16;
60:5;63:9
**specifically (1)**
4:11
**spell (1)**
10:20
**spend (3)**
33:9,14,20
**spent (5)**
34:6,18;35:7;
48:25;67:21
**spot (1)**
70:5
**spread (3)**
25:16;58:14,15
**staffing (1)**
33:4
**standards (1)**
54:24
**start (6)**
18:1,2;30:7;44:3;
49:21;61:20
**started (12)**
17:10;27:19;
28:13;30:5;34:1;
44:2,12,14;45:25;
50:5,6;53:13
**starts (2)**
43:23,24
**State (6)**
4:23;10:20;22:1;
30:18;47:9;55:2
**stated (3)**
70:24;71:19;78:6
**statement (1)**
47:24;70:23;72:6;
73:8
**stating (1)**
76:4
**status (2)**
21:23;38:19
**stay (1)**
46:3
**stayed (1)**
52:2
**step (6)**
7:15;24:9;61:14;
62:17,21,25
**still (6)**
21:19,23;31:14;
47:18;74:9;78:13
**stipulated (1)**
4:3
**stop (1)**

7:24
**straight (1)**
28:23
**Street (3)**
11:6;13:20;39:8
**streets (2)**
38:15,17
**strenuous (1)**
20:15
**stuff (10)**
21:10,16;35:15,24;
52:5;60:6;63:19;
73:4,6;78:14
**submitted (1)**
59:11
**such-and-such (1)**
67:8
**sued (1)**
13:6
**supervised (1)**
64:20
**supervision (1)**
69:8
**supervisor (9)**
54:6,10;57:22;
58:8;64:10,13;68:3,
6;69:14
**supervisors (1)**
66:12
**supervisor's (1)**
33:6
**supposed (1)**
68:4
**supposedly (3)**
28:14;44:3,5
**sure (7)**
19:16;39:16;
51:25;52:2;66:18;
77:12;78:22
**Susan (1)**
50:20
**swearing (1)**
5:18
**switched (2)**
47:14,21
**sworn (2)**
5:2;26:12
**synopsis (1)**
16:7
**system (3)**
39:23;43:13,14

**T**

**table (1)**
6:2
**tactics (4)**
23:22;24:17;
25:10;52:21
**talk (7)**
6:15;7:3;10:10;
16:3,5;63:8;73:19
**Talking (3)**

36:17;67:7;70:21
**Tara (1)**
16:9
**task (1)**
59:5
**teamwork (2)**
58:9,10
**technical (1)**
38:16
**Technically (1)**
68:3
**ten (11)**
12:15,16;23:16;
27:16,23,24,25;
28:12;30:10;63:14,
18
**tendency (3)**
6:8,24,24
**tender (1)**
77:1
**Tereka (1)**
14:1
**term (2)**
27:8;75:2
**terminology (1)**
26:13
**Terrica (6)**
13:24;56:6;77:10,
16,23;78:16
**test (9)**
24:5,6,20;59:14,
15,17,19;61:14,17
**testified (1)**
5:3
**testimony (3)**
43:19;56:3;61:7
**theirs (1)**
13:24
**thereabout (1)**
46:19
**thereof (1)**
4:16
**Third (2)**
11:6;62:25
**Thomas (1)**
63:5
**though (4)**
14:14;49:6;50:21;
65:15
**thought (1)**
22:8
**Three (14)**
12:4,5;18:5;30:1,
2;32:10;34:11;
37:14;39:10;47:4;
50:14;66:20;74:15,
18
**three-year (1)**
33:17
**Thursday (2)**
23:17;25:22
**thus (2)**
5:25;7:21

**Till (2)**
53:10
**timeframe (7)**
26:23;29:9;32:18;
39:9;44:9;48:14;
63:22
**times (3)**
8:21;22:21;28:11
**title (2)**
38:8;51:1
**today (4)**
5:13;12:7;32:25;
44:2
**told (2)**
20:3,7
**took (12)**
5:17;23:19;24:3,5,
20;37:1;57:21;58:6,
12;59:14,15;61:13
**tool (1)**
19:12
**total (1)**
28:14
**totally (1)**
72:7
**train (2)**
68:4;69:6
**trained (4)**
24:20;31:19;68:5,
7
**training (25)**
18:19,20;23:6,7,
10;26:7;27:13;28:4,
17,19;31:14,23;37:5;
43:5;44:10,24;45:6,
8,10,20;46:25;52:24,
24;57:12;58:22
**transport (2)**
40:3;41:3
**transporting (1)**
41:8
**TRAVIS (4)**
5:1;8:18;10:22;
75:24
**T-R-A-V-I-S (1)**
10:22
**tremendous (4)**
71:1,12,21;72:21
**truth (4)**
5:18,19;9:17;10:1
**truthful (2)**
8:8;11:2
**Try (7)**
6:10,13,25;7:1;
8:24;31:7;32:24
**trying (3)**
41:20,23;63:20
**TUCKER (1)**
4:21
**Tuesday (2)**
23:17;25:22
**twice (2)**
23:15

**two (7)**
7:22;34:12;46:9;
47:13;50:12,14;
64:21
**type (10)**
21:9;31:18;39:16;
40:24;54:21;55:21;
57:12,12,13;69:8

## U

**under (4)**
4:6;9:22;43:16;
49:21
**Unit (3)**
11:14;54:3,5
**units (1)**
54:4
**unless (1)**
61:2
**unquote (1)**
28:18
**up (9)**
16:8;33:4;40:5;
41:18;44:2;46:5;
52:7;56:18;58:8
**upgrade (1)**
73:2
**upon (1)**
68:25
**up-to-date (1)**
52:1
**use (2)**
6:8;52:4
**used (3)**
4:17,17;5:22

## V

**vacates (1)**
76:6
**vacating (1)**
76:9
**vacation (1)**
22:22
**various (5)**
25:9;37:1;38:23;
54:23;55:3
**vehicles (1)**
52:4
**verbalize (1)**
6:18
**volunteer (16)**
18:24,25;19:1,3,6;
21:4,12,15,19;22:14,
17,23;26:18;28:22;
31:1,3
**volunteered (1)**
28:24
**volunteering (1)**
34:22

## W

**Wagner (2)**
63:5;64:12
**waived (1)**
4:11
**walked (1)**
7:15
**wants (1)**
19:14
**warning (1)**
55:22
**warrant (1)**
42:11
**warrants (1)**
19:5
**watched (1)**
35:19
**way (5)**
20:4,8;61:21,22,25
**weapons (1)**
39:17
**website (2)**
57:3,4
**week (11)**
23:15,15;34:11,12;
37:6,12,14,15,17;
42:15;45:12
**weeks (5)**
24:10;25:21;
45:11,22;47:5
**weren't (3)**
20:14;61:8;63:17
**West (1)**
11:14
**what's (4)**
6:12;8:15;12:6;
17:18
**whole (6)**
5:19;26:11,13;
35:2;42:18;63:17
**who's (1)**
7:5
**Williams (7)**
13:25;14:1;56:6;
65:16;77:17,23;
78:17
**Winston (1)**
11:14
**within (4)**
22:20;30:24;37:9;
39:8
**without (3)**
14:7;23:9;44:21
**witness (7)**
4:6,24;14:17,21;
15:6,15;77:1
**word-of-mouth (2)**
66:13;67:6
**words (1)**
8:14
**work (33)**
17:2,8;19:1,4;
21:23;22:5,18;23:4;
26:22;29:12,13;31:2,
8,10,11;32:3,15,25;
36:4;37:17,22;44:19;
48:14;49:6,18,20;
50:22;61:21;69:11;
73:13,19;74:13,17
**worked (26)**
21:17;29:1,2,3,8;
31:6,9;32:5,12,18;
38:1,9;45:2,5,16;
46:17,19;47:12,19;
48:4,9;50:23;54:10;
61:25;68:9,10
**working (22)**
17:22;18:7,10;
19:5,20;30:5;31:21;
32:2;36:5;37:2,11;
38:12;45:25;49:19;
50:5;51:12;53:7;
61:22;74:5;75:5,11;
78:17
**works (2)**
42:14;49:17
**Wright (1)**
70:16
**W-R-I-G-H-T (1)**
70:16
**writing (1)**
54:19
**written (1)**
70:17

## Y

**year (16)**
11:18;16:11;17:8,
10,11;28:15;30:11;
33:21;38:6,7;43:21;
45:3;46:11,13;48:6;
74:7
**years (18)**
5:13;12:11,15,16;
18:6;24:15;30:1,2,
11;46:5,10;51:2;
52:22;58:13;73:23;
74:15,18;75:13
**yesterday (1)**
5:14
**You-all (1)**
14:13
**young (1)**
56:5