UNITED STATES DISTRICT COURT
MIDDLE DISTRICT LOUISIANA

RHEA DAVIS                                          CIVIL ACTION

VERSUS                                              NO. 16-297-BAJ-RLB

BATON ROUGE CITY
CONSTABLE'S OFFICE

## AFFIDAVIT OF SETTLEMENT EFFORTS

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, personally came and appeared

**MARSTON FOWLER**

who after being duly sworn did depose and state as follows, based upon his personal knowledge:

1. I am an Assistant Parish Attorney assigned to represent the Baton Rouge City Constable's Office in the above-captioned proceeding.

2. Prior to the Defendant's Motion for Summary Judgment, counsel for the Plaintiff and myself had two separate informal conversations regarding what amount would settle this matter, one in person and one via telephone conference. Plaintiff provided a settlement range in good faith during both conversations. Defendant made a good faith counter offer to settle all pending claims, as of the date of this Affidavit.

3. Plaintiff and Defendant have agreed to continue negotiations and have scheduled a Settlement Conference before Magistrate Judge Richard L. Bourgeois on August 22, 2017.

The Affiant swears that he is competent to testify to the matters contained herein and that all of the allegations of fact above are true and correct to the best of his personal knowledge, information and belief.

_____
MARSTON FOWLER

SWORN TO AND SUBSCRIBED before me, Notary Public this 1st day of August, 2017.

_____
NOTARY PUBLIC
A.P. Manint
Bar Roll No. 09088