UNITED STATES DISTRICT COURT
MIDDLE DISTRICT LOUISIANA

**RHEA DAVIS**

**CIVIL ACTION**

**VERSUS**

**NO. 16-297-BAJ-RLB**

**BATON ROUGE CITY
CONSTABLE'S OFFICE**

## AFFIDAVIT OF SETTLEMENT EFFORTS

**STATE OF LOUISIANA
PARISH OF ORLEANS**

BEFORE ME, the undersigned authority, personally came and appeared:

### G. KARL BERNARD

who after being first duly sworn, did depose and state as follows, based upon his personal knowledge:

1. I am an attorney and counselor at law assigned to represent Rhea Davis in the above-captioned proceeding.
   4
2. Prior to the Defendant's Motion for Summary Judgment filed on February 21, 2017, Plaintiff, Rhea Davis, made a good faith effort to settle all claims presented herein. Defendant rejected Plaintiff's offer and conveyed a good faith counteroffer to settle all claims. Plaintiff rejected Defendant's counteroffer.

3. Counsel for Plaintiff and Defendant conducted a telephone conference to discuss the aforementioned good faith settlement offers.

4. Counsel for Plaintiff and Defendant participated in the Pre-Trial Conference on July 1, 2017 at 3:30 P.M. Thereafter, both counsel conferred again about settling all claims. However, the parties were unable to reach a mutually satisfactory agreement.

1

The Affiant swears that he is competent to testify to the matters contained herein and that all of the allegations of facts above are true and correct to the best of his knowledge, information, and belief.

G. KARL BERNARD

**SWORN TO AND SUBSCRIBED**, before me, Notary Public, in New Orleans, Parish of Orleans, Louisiana, on this the 1st day of August, 2017.

NOTARY PUBLIC

John J. Seip, III
Notary Public
Orleans Parish, Louisiana
My commission is issued for life.
Louisiana State Bar No. 11922