**RHEA DAVIS**                                           **CIVIL ACTION**

**VERSUS**                                               **NO. 3:16-CV-00297-BAJ-RLB**

**BATON ROUGE CITY CONSTABLE'S**
**OFFICE**

## <u>PROPOSED VOIR DIRE QUESTIONS SUBMITTED BY DEFENDANT</u>

NOW INTO COURT, through undersigned counsel, Defendant, Baton Rouge City Constable's Office, who respectfully files these Proposed Voir Dire Questions Submitted by Defendant and request the Court consider their inclusion in voir dire examination:

1.      Have any of you ever witnessed or experienced gender discrimination in the workplace?

        -If Yes, please summarize your personal experience?

2.      Have any of you ever filed a grievance with your employer about working conditions?

        -If Yes, please summarize your personal experience?

3.      Have any of you or anyone in your family ever filed a complaint with the Louisiana Commission on Human Rights or the Equal Employment Opportunity Commission?

        -If Yes, please summarize the nature of the complaint?

4.      Have any of you or anyone in your family ever filed a complaint with the Louisiana Commission on Human Rights or the Equal Employment Opportunity Commission?

        -If Yes, please summarize the nature of the complaint?

5.      Have any of you ever been eligible for promotion in your employment but did not receive the promotion and a male selected?

        -If Yes, please summarize your personal experience?

6.    Do any of you or any member of your family work in law enforcement or corrections?

       -If Yes, please describe the employment and the nature of the relationship, if

       applicable.


                                        Respectfully Submitted by:

                                        LEA ANNE BATSON
                                        Parish Attorney

                                        /s/ Marston Fowler
                                        Marston Fowler T.A. (29719)
                                        Office of the Parish Attorney
                                        P.O. Box 1471
                                        Baton Rouge, LA   70821
                                        (225) 389-3114 - Telephone
                                        (225) 389-5554 - Facsimile
                                        Mfowler@brgov.com
                                        *Attorney for the Baton Rouge City*
                                        *Constable's Office*