UNITED STATES DISTRICT COURT
MIDDLE DISTRICT LOUISIANA

| RHEA DAVIS | CIVIL ACTION |
|---|---|
| VERSUS | NO. 3:16-CV-00297-BAJ-RLB |
| BATON ROUGE CITY CONSTABLE'S OFFICE | |

## JOINT FINAL EXHIBIT LIST

NOW INTO COURT, comes Plaintiff, Rhea Davis, and Defendant, Baton Rouge City Constable's Office, who jointly and respectfully file this Final Exhibit List, and aver as follows:

Joint Exhibits are listed as J-#

Plaintiff's Exhibits are listed as P-#

Defendant's Exhibits are listed as D-#

| Tab # | Exhibit Name | Description |
|---|---|---|
| 1 | J-1 | February 4, 2014 Correspondence from Constable Reginald Brown to All Employees of Baton Rouge City Constable's Office Regarding Travis Brooks' Promotion to Sergeant (Plaintiff's Bates #001) |
| 2 | J-2 | October 20, 2014 Correspondence from Constable Reginald Brown to Rhea Davis Regarding Administrative Leave and Internal Affairs Investigation (Plaintiff's Bates #002) |
| 3 | J-3 | December 9, 2014 Correspondence from Constable Reginald Brown to Rhea Davis Regarding Fit for Duty Examination (Plaintiff's Bates #003-004) |
| 4 | J-4 | December 18, 2014 Correspondence from Lieutenant Vernon Scott to Constable Reginald Brown Regarding Rhea Davis' Fit For Duty Exam (Plaintiff's Bates #005) |
| 5 | J-5 | December 31, 2014 Correspondence from Constable Reginald Brown to Rhea Davis Regarding Failure to Appear for Second Fit for Duty Examination (Plaintiff's Bates #006) |
| 6 | J-6 | Relevant Excerpts from the Rules Governing Employees in the Classified Service of the City of Baton Rouge, Parish of East Baton Rouge (Plaintiff's Bates #007-057) |
| 7 | J-7 | December 18, 2014 Correspondence from Lakeisha Scott to Lieutenant Vernon Scott regarding Plaintiff's Fitness For Duty Exam |

1

|   |     | (Plaintiff's Bates #058) |
|---|-----|--------------------------|
| 8 | J-8 | City-Parish Reasonable Cause Documentation regarding the Order to Plaintiff to submit to a hair follicle drug screen (Plaintiff's Bates #(Plaintiff's Bates #059-063) |
| 9 | J-9 | Agreement Between the City of Baton Rouge and Local 21 LA Service Employees International Union (January 31, 2013 - December 31, 2015 (Plaintiff's Bates #064-095) |
| 10 | P-1 | June 19, 2013 Correspondence from Chief Deputy Larry Navarre to the Jail Division Regarding Rhea Davis' Shift Change (Plaintiff's Bates #096) |
| 11 | P-2 | June 20, 2013 Correspondence from Sergeant Terrica Williams to Chief Deputy Larry Navarre In Response to Memo Regarding Shift Change (Plaintiff's Bates #097) |
| 12 | P-3 | July 10, 2013 Rhea Davis' Formal Grievance (Plaintiff's Bates #098); |
| 13 | P-4 | July 10, 2013 Correspondence from Chief Deputy Larry Navarre to Rhea Davis Regarding Light Duty Assignment (Plaintiff's Bates #0100) |
| 14 | P-5 | July 11, 2013 Correspondence from Sergeant Terrica Williams to Chief Deputy Larry Navarre Regarding Control Room 8 a.m. - 5 p.m. Shift (Plaintiff's Bates #101) |
| 15 | P-6 | February 3, 2014 Text Message Conversation Between Rhea Davis and Lieutenant Thomas Wagner Regarding Jail Sergeant's Position (Plaintiff's Bates #102) |
| 16 | P-7 | Rhea Davis' EEOC Intake Questionnaire (Plaintiff's Bates #104-107) |
| 17 | P-8 | Rhea Davis' EEOC Charge of Discrimination (Plaintiff's Bates #108-109) |
| 18 | P-9 | May 15, 2014 Correspondence from Lieutenant Thomas Wagner to Constable Reginald Brown Regarding the Role of Seniority in the Hiring Process (Plaintiff's Bates #110) |
| 19 | P-10 | October 20, 2014 Correspondence from Rhea Davis to Sergeant Travis Brooks Regarding Deputy Carol Lindsey-Edwards (Plaintiff's Bates #111-113) |
| 20 | P-11 | October 20, 2014, Correspondence from Constable Reginald Brown to Rhea Davis Regarding Administrative Leave and Internal Affairs Investigation (Plaintiff's Bates #114); |
| 21 | P-12 | October 27, 2014 Rhea Davis' Formal Grievance Sent to Constable Reginald Brown (Plaintiff's Bates #120); |
| 22 | P-13 | November 11, 2014 Correspondence from Casey Carlisle, MD, Regarding Rhea Davis' Treatment for Generalized Anxiety Disorder (Plaintiff's Bates #121) |
| 23 | P-14 | November 14, 2014 Correspondence from Rhea Davis to Constable Reginald Brown Withdrawing Her October 27, 2014 Grievance (Plaintiff's Bates #122) |
| 24 | P-15 | November 21, 2014 Discharge Instructions for Rhea Davis from Lake After Hours (Plaintiff's Bates #123) |

|    | P-16 | November 14, 2014 Rhea Davis' Formal Grievance Sent to Constable Reginald Brown (Plaintiff's Bates #124-125) |
|----|------|---|
| 25 | P-17 | Alcohol Testing Form (Non-DOT) (Plaintiff's Bates #126) |
| 26 | P-18 | Alternative Specimen Drug Testing Custody and Control Form (Plaintiff's Bates #127) |
| 27 | P-19 | 5-Part Non-Federal Drug Testing Custody and Control Form (Plaintiff's Bates #128) |
| 28 | P-20 | January 1, 2015 Separation Notice for Rhea Davis (Plaintiff's Bates #134) |
| 29 | P-21 | January 15, 2015 Louisiana Commission on Human Rights' Determination Finding that Defendant Improperly Used Gender As a Motivating Factor to Deny Plaintiff a Promotion (Plaintiff's Bates #135-137) |
| 30 | P-22 | Louisiana Commission of Human Rights Proposed Conciliation Agreement Between Rhea Davis and Baton Rouge City Constable (Plaintiff's Bates #138-140) |
| 31 | P-23 | Louisiana Commission of Human Rights Notice of Conciliation Failure Between Rhea Davis and Baton Rouge City Constable (Plaintiff's Bates #141) |
| 32 | P-24 | Rules for the Administration of the Constable's Office (Plaintiff's Bates #228-240) |
| 33 | D-1 | Application for Sergeant by Travis Brooks |
| 34 | D-2 | Civil Service Test Scores of all Qualified Applicants for the Sergeant position |
| 35 | D-3 | City of Baton Rouge, Parish of East Baton Rouge Non-Discrimination Equal Employment Opportunity Policy |
| 36 | D-4 | October 22, 2014, incident report by Deputy Constable Lindsey-Edwards to Lieut. Vernon Scott. |
| 37 | D-5 | Excerpts from Text Messages between Plaintiff and Deputy Constable Carol Lindsey-Edwards. |
| 38 | D-6 | December 15, 2014 memorandum to Plaintiff from Lieut. Vernon Scott regarding the Fitness For Duty exam. |
| 39 | D-7 | Baton Rouge City Constable's Office Policy and Procedure Manual, excerpted General Order 216 and 217 |
| 40 | D-8 | Plaintiff's Letter of Resignation |

Plaintiff and Defendant each reserve all potential objections regarding authenticity and admissibility of exhibits until trial. Plaintiff and Defendant also reserve the right to introduce exhibits outside the scope of this list that are designed for impeachment purposes.

**Respectfully Submitted by:**

/s/ G. Karl Bernard
G. Karl Bernard (#24294)
G. KARL BERNARD & ASSOCIATES, LLC
1615 Poydras Street, Suite 220
New Orleans, Louisiana 70112
Telephone: (504) 412-9953
Facsimile: (504) 412-8088
E-mail: karl.bernard@karlbernardlaw.com
*Attorney for Rhea Davis*

and:

LEA ANNE BATSON
Parish Attorney

/s/ Marston Fowler
Marston Fowler T.A. (29719)
Office of the Parish Attorney
P.O. Box 1471
Baton Rouge, LA 70821
(225) 389-3114 - Telephone
(225) 389-5554 - Facsimile
Mfowler@brgov.com
*Attorney for the Baton Rouge City Constable's Office*