## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT LOUISIANA

**RHEA DAVIS**                                                **CIVIL ACTION**

**VERSUS**                                                    **NO. 3:16-CV-00297-BAJ-RLB**

**BATON ROUGE CITY CONSTABLE'S OFFICE**

### PLAINTIFF'S PROPOSED VOIR DIRE JURY QUESTIONS

NOW INTO COURT, through undersigned counsel, comes Rhea Davis, who respectfully submits the following Proposed Voir Dire Jury Questions for this Honorable Court's consideration when conducting voir dire of the prospective jurors in this matter.

1. **Name:**_____; **place of birth:**_____; **years lived in** _____ **parish:**_____; **years at current address:**____.

2. **Educational background:**_____; **Spouse's (or significant other's) educational background:**_____; **Military background:**

3. **Occupation:**_____; **Job duties:**_____; **Do you supervise others?**_____; **How many?**_____; **If retired or unemployed, state past occupations:**_____.

4. **Present or last employer:**_____; **Type of business:**_____; **Years employed:**_____.

5. **No. of children & step-children and ages:**_____ _____; **Names and occupations:**_____ _____; **any deceased children?**_____.

6. **If married, spouse's name:**_____; **Spouse's (or significant other's) y occupation:**_____; **Job duties:**_____.

7. **Spouse's present employer:**_____; **Type of business:**_____; **Years employed:**_____;

8. **Do you believe there is too much "political correctness" in the workplace today?** _____Yes _____No

9. **Do you believe that women should care more about raising children than furthering their career?**
   **If so, why?**

10. **Do you believe there are too many rules about discrimination in the workplace?** _____Yes _____No

11. **Have you ever seen someone experience gender discrimination on the job?** _____Yes _____No
    **If so, please describe your experience.**

12. **Do you believe female employees are too quick to "play the gender card" if they don't get what they want on the job?** _____Yes _____No

13. **Do you believe females often conclude someone is being sexist when they are not?** _____Yes _____No
    **If so, describe your most recent experience.**

14. **Would you say that you have negative opinions of affirmative action?** _____Yes _____No
    **Why or why not?**

15. **Have you ever lost a job to a female that you felt was less qualified than you?** _____Yes _____No
    **If so, describe what happened.**

16. **Have you ever served on a jury?** _____Yes _____No Civil [ ]  Criminal [ ];  Were you presiding juror? _____Yes _____No ___; When and where?_____.

17. **Member of any organizations (include religious)?**
    _____
    **Religion:_____.**

18. **Were you or a family member ever a plaintiff or defendant in a lawsuit?** _____Yes _____No
    **If so, describe briefly (where, when and what type)_____**
    **_____;**

19. **If you or a family member had any relationship to the medical or legal field, please describe:_____.**

20. **Do you consider yourself to be 1) Democrat___; 2) Republican___; 3) Independent _____.**

21. **This trial could last 3 days. Is there any reason you could not serve?** _____

22. **Please list any community service or charitable organizations in which you have been active (such as volunteer fire department, volunteer law enforcement, hospital volunteer, school volunteer and other charity work)._____.**

23. **Have you ever owned or operated your own business? If so, describe same._____**

24. **Have you or a close family member ever been a member of an organization whose purpose is to change our civil justice system or alter the way we compensate people in injury cases? (For example, Citizens against Lawsuit Abuse; Citizens for Tort Reform)_____**

25. **Do you believe that frivolous lawsuits are a serious problem in our society?** _____Yes _____No

26. **Have you or any family member been in a position where you COULD HAVE sued but decided not to?**
    _____Yes _____No

27. **What are your feelings about awarding money damages for a person's mental anguish?  Please explain:**
28. **Do you have a limit you would not go beyond when awarding damages in a lawsuit?  \_\_\_\_\_Yes   \_\_\_\_\_No**
29. **Do you have any ethical, religious, political or other beliefs that might prevent you from serving as a juror?    \_\_\_Yes    \_\_\_No    If YES, please explain:**
30. **Do you believe that gender discrimination is only possible if sexual acts are involved? _____ Yes   _____ No**
31. **Do you believe that gender discrimination is possible if a female employee is treated differently than a male employee? _____ Yes _____ No**
32. **Do you believe that gender discrimination is possible if the employer never says anything discriminatory about the employee? _____ Yes _____No**
33. **Have you already concluded that there is a reason why you could not be a fair and impartial juror in this case?  \_\_\_\_\_Yes    \_\_\_\_\_No  If you answered "yes", please explain:_____**
34. **Do you believe that a woman should not apply for a job or a promotion if she is pregnant or trying to conceive a child at the time?  If so explain.**

**Respectfully Submitted by_____**
/s/ G. Karl Bernard\_\_\_\_
G. Karl Bernard (#24294)
G. KARL BERNARD & ASSOCIATES, LLC
1615 Poydras Street, Suite 220
New Orleans, Louisiana  70112
Telephone:     (504) 412-9953
Facsimile:      (504) 412-8088
E-mail: karl.bernard@karlbernardlaw.com
*Attorney for Rhea Davis*