IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

RHEA DAVIS                          CIVIL ACTION NO.16-297-BAJ-RLB

VERSUS

BATON ROUGE CITY CONSTABLE'S
OFFICE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO ENROLL ADDITIONAL COUNSEL

**NOW INTO COURT** through undersigned counsel comes Defendant, Baton Rouge City Constable's Office, who moves this Honorable Court to allow Tedrick Knightshead (Bar Roll #28851) to be enrolled as additional counsel of record for Defendant, Baton Rouge City Constable's Office, in this matter.

**BY ATTORNEYS:**

Lea Anne Batson
Parish Attorney

| | |
|---|---|
| /s/ Tedrick K. Knightshead | /s/Marston Fowler |
| **Tedrick K. Knightshead (#28851)** | **Marston Fowler (#29719)** |
| **First Assistant Parish Attorney** | **Personnel Section Chief** |
| **P.O. Box 1471** | **P.O. Box 1471** |
| **Baton Rouge, LA 70821** | **Baton Rouge, LA 70821** |
| **(225) 389-3114 - Telephone** | **(225) 389-3114 - Telephone** |
| **(225) 389-8736 - Facsimile** | **(225) 389-5554 - Facsimile** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Motion to Enroll Additional Counsel was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana this **21st** day of August, 2017.

**/s/Marston Fowler**
**Marston Fowler**